# Exhibit C
5:20-cv-00768

Transcript of the Testimony of

**Ruben Villarreal**

**Date:**

January 23, 2020

**Case:**

Continental Casualty Company vs Blackhawk Ventures

1              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TEXAS
2

CONTINENTAL CASUALTY          )
3 COMPANY, NATIONAL FIRE       )
INSURANCE COMPANY OF          )
4 HARTFORD, AND VALLEY FORGE   )
INSURANCE COMPANY             )
5                              )
vs.                           )  CASE NO. 5:17-CV-00807
6                              )
BLACKHAWK VENTURES, LLC       )
7

8

9                      ORAL DEPOSITION

10                     RUBEN VILLARREAL

11                     JANUARY 23, 2020

12

13      ORAL DEPOSITION OF RUBEN VILLARREAL, produced as a

14 witness at the instance of the Plaintiff and duly sworn,

15 was taken in the above-styled and numbered cause on the

16 23rd day of January, 2020, from 9:57 a.m. to 12:41 p.m.,

17 before Sarah A. Prugh, Certified Shorthand Reporter in

18 and for the State of Texas, reported by machine

19 shorthand at the offices of Plunkett, Griesenbeck &

20 Mimari, Inc., 1635 NE Loop 410, Suite 900, San Antonio,

21 Texas, pursuant to the Federal Rules of Civil Procedure

22 and the provisions stated on the record or attached

23 hereto.

24

25

1                        APPEARANCES

2

3  FOR PLAINTIFF:

4        Mr. Robert A. Valadez
         Mr. David Coates
5        Shelton & Valadez, PC
         600 Navarro, Suite 500
6        San Antonio, Texas 78205
         Telephone: 210-349-0515
7
   FOR DEFENDANT:
8
         Mr. Scott M. Noel
9        Plunkett, Griesenbeck & Mimari, Inc.
         1635 NE Loop 410, Suite 900
10       San Antonio, Texas 78209
         Telephone: 210-734-7092
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                              INDEX

3                                                    PAGE

4   RUBEN VILLARREAL

5   Examination by Mr. Valadez ........................4
    Examination by Mr. Coates ........................62
6   Court Reporter's Certificate .....................81

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                      RUBEN VILLARREAL,

2     having been first duly sworn, testified as follows:

3                        EXAMINATION

4     BY MR. VALADEZ:

5          Q.    Morning, sir.  My name is Robert Valadez.  I

6     represent Continental Casualty Company --

7          A.    Yes, sir.

8          Q.    -- the plaintiff in this case.  Are you

9     familiar with the lawsuit that has been filed against

10    Blackhawk Ventures?

11         A.    I have seen paperwork.  I have -- what my

12    lawyer has presented me, I have seen those documents.

13         Q.    And you are aware that there has been a default

14    judgment entered by the federal court in this matter?

15         A.    I would say yes.  Not knowing the terms, I am

16    not familiar with your terms and such.  But I don't know

17    any other reason I would be here other than --

18         Q.    Let me ask it this way then.  What is your

19    understanding of the status of this lawsuit in federal

20    court?

21         A.    My understanding of it?

22         Q.    Yeah, your understanding of it, yes.

23         A.    Apparently some premiums or something were not

24    paid at the correct time or such.  And I guess Blackhawk

25    is being taken to task for it.  That is as much as I

 1  have been able to garner from it.

 2      Q.   I appreciate you answering that but my question

 3  really is what is your understanding of the status of

 4  the case?

 5      A.   The status of the case?

 6      Q.   Yes, of the federal lawsuit.

 7      A.   I would imagine that it has not been attended

 8  to and therefore that is why we are here.  Beyond that,

 9  I don't know.  I generally do not know.

10      Q.   Well, let me ask the question this way.  Do you

11  have counsel in the federal case in Cause Number

12  5:17-CV-00807?  Does Blackhawk Ventures, LLC -- are you

13  familiar with that entity?  Are you familiar with it.

14      A.   With Blackhawk or with --

15      Q.   Blackhawk Ventures, LLC.

16      A.   Yes, sir.

17      Q.   Okay.  Are you -- do you have -- to your

18  knowledge, does Blackhawk Ventures, LLC have counsel in

19  Federal Cause Number 5:17-CV-00807?

20               MR. NOEL:  So the answer is no, there is

21  no appearance made in that case but now we are assisting

22  post judgment.

23      Q.   (By Mr. Valadez) So that is your answer?  That

24  is your understanding?

25      A.   Right.  This is my only counsel that I have so

 1  I don't understand.

 2      Q.    I understand.  But that is what I am trying to

 3  get to.  My understanding is Mr. Noel --

 4      A.    Yes, sir.

 5      Q.    -- is not your counsel in this case.  At least

 6  that is what has been represented to me, is that he is

 7  not your lawyer in this lawsuit right here.

 8      A.    I don't know, sir.  I don't know how to answer

 9  that question.

10      Q.    That is why -- but that's what I am trying to

11  ask you is do you know whether you have counsel in this

12  lawsuit?  That is all I am trying to figure.

13      A.    I do not know.

14      Q.    That is the answer to my question.  Fair

15  enough.

16      A.    I apologize that I don't understand.

17      Q.    You don't have to apologize.  That is what I am

18  looking, for the truthful answer.

19      A.    Okay.

20      Q.    Mr. Villarreal, where do you live?

21      A.    I live at 530 County Road 161?

22      Q.    Give me the address again, 530.

23      A.    530 County Road 161, Floresville, Texas.

24      Q.    161 Floresville.

25      A.    78114.

1    Q.   That is in the country?

2    A.   Yes, sir.

3    Q.   How long have you lived at that address?

4    A.   1998 I believe.

5    Q.   Who lives there with you?

6    A.   My wife, Manuelita J. Villarreal.

7    Q.   Just you and your wife?

8    A.   Yes, sir.

9    Q.   Manuelita?

10   A.   Yes, sir.

11   Q.   What is her maiden name?

12   A.   Garza, Garza Manrique actually.

13   Q.   Garza Manrique?

14   A.   Garza Manrique, yes, sir.  She has more names

15   than I do.

16   Q.   Now, are you -- I am going to ask you the names

17   of some companies.  Have you heard of Blackhawk

18   Ventures, LLC?

19   A.   Yes, sir.

20   Q.   What company -- what did that company do?

21   A.   That company was a service disabled veteran

22   owned entity company.

23   Q.   Service disabled?

24   A.   Service disabled veteran owned.

25   Q.   Military disabled owned company?

 1      A.   Yes, service disabled veteran owned company.

 2   That is the designation from the USSBA.

 3      Q.   Service -- I want to get that right.  Service

 4   disabled?

 5      A.   Veteran owned.

 6      Q.   Veteran owned.

 7      A.   Uh-huh, small business.

 8      Q.   Small business.  And what was Blackhawk

 9   Ventures, LLC, that service disabled veteran owned small

10   business, what was it in the business of?

11      A.   General contracting.

12      Q.   General contracting for?

13      A.   Construction.

14      Q.   But for commercial or residential?

15      A.   Oh, no, commercial.

16      Q.   Commercial.  Okay.  Did -- I am going to first

17   ask generally about these companies I am aware of.  I

18   will come back later and ask more detailed questions.

19   But Blackhawk Ventures has related companies; correct?

20      A.   Define related.  I don't understand related.

21      Q.   What does related mean to you?

22      A.   I would imagine that related in this field, I

23   guess for lack of better words, is that there are other

24   companies that Blackhawk is associated with.

25      Q.   Let's use that definition.

 1     A.    Or companies that somehow are associated with

 2   it in the conduct of its business.

 3     Q.    Let's use that definition.  Are there any such

 4   companies?

 5     A.    No, sir, not to my knowledge.

 6     Q.    Who -- tell me the corporate structure of

 7   Blackhawk Ventures, LLC?  Who incorporated that company?

 8     A.    I don't know.

 9               MR. NOEL:  If you don't know --

10               THE WITNESS:  I don't know who

11   incorporated it.

12     Q.    (By Mr. Valadez) Were you an incorporator of

13   the company?

14     A.    I'm sorry?

15     Q.    Were you an incorporator of the company?

16     A.    No, sir.  No, sir, no.

17     Q.    What was your relationship to the company?

18     A.    I was the president and owner.

19     Q.    Did you start Blackhawk?

20     A.    No, sir.

21     Q.    Okay.  How did you come to be related to

22   Blackhawk?

23     A.    Related?

24               MR. NOEL:  When did you own it?  How did

25   you acquire it?

1          THE WITNESS:  I was approached to take

2    over the ownership of this company because the company

3    needed to be -- at least the way that it was explained

4    to me at the time was that it needed to be headed by a

5    veteran, a service disabled veteran.  And so I was a

6    general manager in the field when I was approached to

7    take over the leadership of the company.  And I did so

8    in late '06, very early '07.  And then that's --

9          Q.    (By Mr. Valadez) That mean 2006-2007?

10         A.    Yes, sir.

11         Q.    Late 2006, early 2007?

12         A.    Yes, sir.

13         Q.    Okay.  And who approached you?

14         A.    The leadership of the of Federal Management

15   Solutions.

16         Q.    Who is Federal Management Solutions?  What is

17   that?

18         A.    That is a management group.

19         Q.    Yes, sir.

20         A.    And they approached me in that time frame to

21   take -- to take over the leadership.  That is -- I don't

22   know how else to respond to this question.

23         Q.    Well, you are calling them the leadership.  I

24   assume it was a person that spoke to you?

25         A.    Yes, sir.

 1      Q.   Not just this entity.

 2      A.   Of course.  But I don't know.  All I know is

 3   that I was -- like I said, I was a superintendent on a

 4   project manager.

 5      Q.   You were a superintendent on a what?

 6      A.   On a project, okay, working for -- at the time,

 7   I was working for Mapco, M-A-P-C-O.  And then they knew

 8   of my veteran status and they asked me to come in and

 9   sit down for an interview for this position.  And I say

10   interview.  Basically, they were offering me the

11   position.  That's --

12      Q.   What was your understanding of Federal

13   Management Corps relationship to Blackhawk Ventures,

14   LLC?

15      A.   Say that again, please.  Please repeat your

16   question.

17      Q.   Well, you said that --

18      A.   I want to make sure I understand.

19      Q.   Somebody you can't identify from Federal

20   Management Corp approached you about taking over the

21   ownership of Blackhawk Ventures.  That is what you told

22   me; right?

23      A.   Yes, sir.

24      Q.   And this was in late '06 or late '07 while you

25   were a superintendent for Mapco.

1       A.    Yes, sir.

2       Q.    Were you an owner of Mapco by the way?

3       A.    No, sir.  No, sir.

4       Q.    And my question to you is at the time that you

5   were approached, what was your understanding of the

6   relationship between Federal Management Corp and

7   Blackhawk Ventures at the time you were approached?

8   What gave them the right to come and interview you to

9   take over this different company?

10      A.    Federal Management Solutions was owned -- was

11  owned by a gentleman that was a disabled veteran but it

12  was a joint ownership between this gentleman and one of

13  the people that owned FMS or Federal Management

14  Solutions, right.

15      Q.    What was the joint -- FMS and Blackhawk?

16      A.    No, no, no, not between FMS and Blackhawk.  It

17  was a joint ownership between the person that owned the

18  company and --

19      Q.    Who is the company?

20      A.    Blackhawk.

21      Q.    Okay.

22      A.    And one of the people left owned or -- I am not

23  sure if I am even using the correct words here -- but

24  that owned FMS.  These two fellows owned -- jointly

25  owned Blackhawk.  Well, this fellow --

1    Q.   These people don't have names?

2    A.   Sir, I don't remember the name.  I don't

3  remember the name.  It was such -- their owners -- his

4  ownership -- and I say his but it was -- their ownership

5  was very brief.  They established the company.  And this

6  fellow that had the physical disability upon which the

7  company was formed moved out of state.

8           So when this person moved out of state,

9  the SBA told Blackhawk that they could no longer exist

10 as a USSBA entity because that person needed to live in

11 the state from which they were doing business.  Okay.

12          So consequently, a person doing business

13 in Texas can't live in California and that is exactly

14 what the situation was because it was upon his -- it was

15 upon his ownership that the company was based.  I

16 genuinely don't remember this person's name.  I'm sorry.

17 I apologize for that.

18   Q.   Let me ask you a question.

19   A.   Yes, sir.

20   Q.   When you interviewed, who did you interview

21 with, which person?

22   A.   I interviewed -- I interviewed with the -- I

23 guess it was the CEO or COO of FMS or somebody.

24   Q.   Do you know that person's name?

25   A.   A person by the name of Michael Wiebracht.

1      Q.    Michael?

2      A.    Wiebracht.

3      Q.    He was either the what, CEO or COO?

4      A.    He called himself the COO.  That is what he

5  calls, chief operating officer.

6      Q.    COO of FMS?

7      A.    Yes, sir.

8      Q.    It was Michael?

9      A.    Wiebracht.

10     Q.    How do you spell that?

11     A.    W-I-E-B-R-A-C-H-T.

12     Q.    B-R-A-C-H-T.

13     A.    Yes, sir.

14     Q.    Is he related to a guy named Steven Wiebracht?

15     A.    Yes.  Steven Wiebracht is his younger brother.

16 If you are talking about a familial relationship, they

17 are brothers.

18     Q.    They are brothers?  What is Steven's role?

19     A.    Initially, there was no Steven in the company.

20 It was maybe six months to a year after all of this --

21 FMS was established that Steven came into the fold and

22 he became basically the financial officer.  He is the

23 one that attended to all of the books and all of the --

24 keeping all of the companies separated and everything.

25     Q.    Of which company?  Are you talking about the

 1  CFO, chief financial officer?

 2      A.   Yes, sir.  I guess for lack of better words, I

 3  wouldn't know.

 4      Q.   And Steven Wiebracht, what year did he become

 5  the CFO?

 6      A.   Probably late '07/early '08 as close as I can

 7  get to it.

 8      Q.   That was CFO of --

 9      A.   FMS.

10      Q.   FMS.  Was he ever the CFO of Blackhawk?

11      A.   No, sir, not to my knowledge.

12      Q.   You said that it was late '08.  Is that what

13  you said?

14      A.   Late '07/early '08.  That is the best of my

15  recollection.  I am a 70 year old man.  I don't remember

16  everything.

17      Q.   The guy that moved, the military service

18  disabled guy --

19      A.   Uh-huh.

20      Q.   -- was he Anglo or Hispanic?

21      A.   He was Anglo.

22      Q.   Anglo?

23      A.   May I ask why that makes a difference?

24      Q.   Because I have a list of names.  I am trying to

25  narrow it down.  If you need to know, that's why.

1      A.    No.

2      Q.    Because you don't seem to have any recollection

3   so I have to narrow it down somehow.

4      A.    I just don't understand how --

5            MR. NOEL:  Don't worry about it.

6            THE WITNESS:  Thank you.

7      Q.    (By Mr. Valadez) I am trying to narrow it down

8   because you don't have any recollection of anything.  I

9   have to do it somehow.  You are not giving me any other

10  choice.

11     A.    That's fine.  Thank you.

12     Q.    That is why it makes a difference.

13     A.    Yes, sir.

14     Q.    Does that offend you that I am trying to narrow

15  it down?

16     A.    No, sir, I was just being curious.  That is

17  all.  It was just curiosity.

18     Q.    I just want to make sure I don't offend you.

19     A.    No, sir.  No, sir.  I was in the Navy for 20

20  years.  I don't get offended that easily.

21     Q.    Well, I was raised on a ranch for 20 years so I

22  don't get offended by much either.

23     A.    I understand.  I understand.

24     Q.    Let me keep going here.  So you took this

25  interview.  Did you -- were you extended the job?

     1      A.    Sir?

     2      Q.    Were you extended the job?

     3      A.    Define extended.  What does that mean?  Did

     4   they offer me the job?

     5      Q.    Let's put it this way.  Did they offer you the

     6   job?

     7      A.    Yes, but I had to -- I had to meet certain

     8   criteria.

     9      Q.    Such as?

    10      A.    I want to make sure I use the correct term.  I

    11   had to basically fulfill the qualifications which was

    12   establishing my service disabled veteran owned --

    13   establishing myself as a service disabled veteran.

    14   Because at the time, I was just a standard veteran.  I

    15   wasn't -- I didn't have an SBA classification of any

    16   kind.

    17            So I had to go to the military, sit

    18   through a series of physical examinations for the

    19   deficiencies that were deemed service related.  And once

    20   that was established, that had to go off to the USSBA.

    21   And the USSBA came back with their approval and granted

    22   me that status as a service disabled veteran upon which

    23   the company was then established or reestablished, I

    24   don't know, you know, at that point.

    25      Q.    Whenever this job offer where you met the

1  qualifications and the job offer was extended, did you

2  purchase an interest in Blackhawk?

3       A.   No, sir.

4       Q.   You did not?

5       A.   No, sir.

6       Q.   So tell me then who satisfied the qualification

7  for the SBA that it be majority owned by a service

8  disabled veteran if you didn't buy an interest in the

9  company?

10      A.   I'm sorry.  I don't understand that at all.

11      Q.   My understanding is that there is a requirement

12 of the SBA to get a designation for a service disabled

13 veteran owned small business as you called it, that you

14 have to be majority owned by a service disabled veteran.

15 So that is my question.  If they brought you in to

16 satisfy that designation and you didn't buy an interest,

17 my question to you is who was it at Blackhawk, LLC that

18 satisfied from a majority ownership perspective the

19 service disabled veteran designation if you did not have

20 a majority interest in the company, if you didn't buy

21 any ownership interest in the company?  Who was it

22 that --

23              You told me that is why they interviewed

24 you, right, because that guy moved out of state.  And my

25 question is when you took over, if you did not buy any

 1 ownership interest, who satisfied that qualification for

 2 the SBA designation?

 3      A.    I don't know.  I don't know.

 4      Q.    When do you say that the SBA sustained or you

 5 said affirmed your designation as a service disabled

 6 veteran owned small business after your training, when

 7 was that?

 8      A.    After what training?

 9      Q.    Well, you said you had to go get -- complete

10 something to get approved by the SBA.  That is what you

11 just said a minute ago.

12      A.    Yes, sir, I had to go take physical

13 examinations to confirm my disabilities.

14      Q.    When did that happen then?

15      A.    In '07.

16      Q.    And you are saying it was at that time that the

17 SBA approved Blackhawk, LLC's designation due to you as

18 a designated service disabled veteran?

19      A.    Yes, but there is a chronology; right?  I mean

20 the chronology is that I had to take -- I had to sit for

21 these examinations.  And these are physical examinations

22 by the way.

23      Q.    Okay.  I understand.

24      A.    Once these physical examinations were

25 satisfied, that information had to be forwarded to the

 1   USSBA.

 2       Q.   Right.

 3       A.   And then once the USSBA conducted their review,

 4   they granted me certain percentage points of disability.

 5   And once that was met, then it had to go to the USSBA

 6   for approval.  And the USSBA acknowledged my

 7   disabilities.  And then I guess is when the ownership

 8   was passed to me.

 9       Q.   So now you are telling me ownership was passed

10   to you then?

11       A.   Who else could it have been?  It has to be a

12   service disabled veteran owned company.

13       Q.   I just asked you that a minute ago and you said

14   ownership wasn't passed to you.  You are confusing me.

15   I just asked you a minute ago -- that is what started

16   this whole line of questioning.

17       A.   I think you are confusing me.  I don't mean

18   to --

19            MR. VALADEZ:  Would you go back and read

20   the question, the original question that started this

21   where I asked him whether he received an ownership

22   interest upon receiving the SBA approval?  I think that

23   was the question I asked.

24                 (Requested portion read.)

25       Q.   (By Mr. Valadez) Let me ask the question very

1 clearly because I am trying to get to a very succinct

2 point here. Upon receiving SBA approval of your

3 designation as a service disabled veteran, did you, in

4 talking with whoever it was you were talking from FMS,

5 receive a majority ownership interest in Blackhawk?

6     A.   I don't know how to answer that question. I'm

7 sorry. I am not trying to be difficult. But at that

8 point in time, Blackhawk and its ownership was -- there

9 was -- it was three people plus myself that was

10 involved. And it was the leadership at FMS that either

11 they felt or they implied that they had partial

12 ownership of FMS vis-a-vis Blackhawk and I was to be the

13 representative.

14            Having said that, a month, maybe two, it

15 could have even been as much as a year later, the SBA

16 and the VA said -- somehow told us -- and I say us, I

17 mean Blackhawk -- that a service disabled veteran owned

18 company had to had to have as its owner, sole owner a

19 service disabled veteran. And the only person that that

20 was was me. And so at that point, I became the sole

21 owner of Blackhawk.

22     Q.   This is as of what year that you became sole

23 owner of Blackhawk?

24     A.   I would say '08.

25     Q.   And how long did that continue until?

1     A.     This is 2020.  Eight years, '16.  Actually, it

2  exists today.  I mean the company is still an entity but

3  it is not a working viable entity.  I haven't had a

4  contract in four years.  I believe so.  I haven't had a

5  contract to attend to in four years.

6     Q.     Okay.  So the company has not been -- Blackhawk

7  has not been dissolved as of today?

8     A.     Right.  But it --

9     Q.     I am just asking has it been dissolved as of

10 today?

11    A.     No, sir, it has not been dissolved, no, sir.

12    Q.     As of 2008 through today, you are still the

13 sole owner of Blackhawk?

14    A.     Yes, sir.

15    Q.     Who is who is Blackhawk Construction?

16    A.     That is one and the same.  Blackhawk,

17 LLC/Blackhawk Construction is the same company.  It is a

18 d/b/a.

19    Q.     Is that just a different d/a/a?

20    A.     A different d/b/a, doing business as, yes, sir.

21    Q.     How about BHV Properties, LLC?

22    A.     BHV, I am not familiar with that.

23    Q.     You are not familiar with that company?

24    A.     No, sir.

25    Q.     Do you know why -- by the way, how many people

1  managed Blackhawk?

2      A.    How many people?

3      Q.    Managed Blackhawk?

4      A.    Today managed?

5      Q.    Yeah.  Back in the 2015-2016 time frame.

6      A.    '15-16, I had a receptionist and an office

7  manager at that point and one superintendent in the

8  '15-16 time frame.  That is all I had.

9      Q.    That's it.

10     A.    That is all I had, yes, sir.

11     Q.    You said you had a receptionist and a

12 superintendent?

13     A.    Superintendent.

14     Q.    Anybody else?

15     A.    And an office manager.

16     Q.    And an office manager?

17     A.    Yes, sir, plus myself obviously.

18     Q.    Right, I understand.  And what did you call

19 yourself what was your designation?

20     A.    I was president and owner.

21     Q.    President and owner?

22     A.    I might have a business card.  I don't know.  I

23 don't think I called myself anything else.  I may not

24 have one.

25     Q.    If you have one, you mind if we take a picture?

 1  I will give it back to you.  I promise.

 2      A.   I'm sorry.  I thought I did but I don't appear

 3  to.

 4      Q.   If you don't, that's fine.  But you think it

 5  said president and owner on it?

 6      A.   Yes, sir, I do believe that.

 7      Q.   Do you know why your insurance policy -- you

 8  know, my client has a long name but it is really called

 9  CNA for short.  Are you familiar with that, CNA?

10      A.   My --

11      Q.   Your what, sir?

12      A.   -- recollection --

13      Q.   Yes, sir.

14      A.   -- of everything business, I dealt with so many

15  people and so many entities, that I couldn't tell you,

16  you know, what that series of letters means.

17      Q.   I understand.  I assume Continental Casualty

18  Company, National Fire Insurance Company of Hartford and

19  Valley Forge Insurance Company, that their short-term

20  designation for that company is CNA.

21      A.   Okay.

22      Q.   So just for -- make it easier for today's

23  deposition, whenever I refer to my client, I am going to

24  call them CNA.

25      A.   Yes, sir.

 1        Q.   But under the CNA policy, have you ever

 2   heard -- have you ever bought an insurance policy before

 3   by the way?

 4        A.   The insurance, the only -- my only -- are you

 5   talking via Blackhawk or are you talking me personally?

 6        Q.   Yeah, via Blackhawk.

 7        A.   No, sir, I never made any of those purchases or

 8   decisions.

 9        Q.   Who did it for Blackhawk?

10        A.   It was FMS.

11        Q.   So FMS was making the purchase for Blackhawk's

12   own policy?

13        A.   FMS was a management company that we --

14        Q.   I understand.

15        A.   -- that we were tied to.

16        Q.   I thought you were the sole owner.

17        A.   Yes, sir.  But FMS was the company that --

18   again, I don't know.  I don't know the terms and all of

19   the other, you know, specificities I guess of

20   identifying these kinds of things.  All I know is that

21   FMS was the management company that we were tied to,

22   associated with.

23        Q.   Who paid you?  Did you pay yourself?

24        A.   Yeah, yeah.

25        Q.   So you dealt with your own money at Blackhawk?

 1      A.    I dealt -- I got -- I paid myself.  Blackhawk
 2  paid me.  Blackhawk paid me.
 3      Q.    I understand.  But you were Blackhawk because
 4  you were the sole owner.
 5      A.    Right.
 6      Q.    So that is why I am saying you as the owner of
 7  Blackhawk through Blackhawk paid yourself a salary?
 8      A.    Right.
 9      Q.    You paid the secretary's salary.  You paid the
10  officer manager's salary.  You paid your superintendent
11  a salary.
12      A.    No, no, I did not.  No, no, that was paid by
13  FMS.  They are -- they were the management group that we
14  were -- that we were associated with.  And therefore,
15  they provided all of the personnel.  They provided all
16  of the field people, all of the personnel.  The only
17  people that I had left at that time -- and they were
18  still being paid by FMS at that point -- was my office
19  manager, my superintendent and my receptionist.
20      Q.    So you as the sole owner of Blackhawk, you had
21  entrusted that responsibility to FMS?
22      A.    I understand.  I understand your use of the
23  word entrusted but it was more than being entrusted.  We
24  were -- we signed a contract with FMS that they were
25  going to be our managers.

 1      Q.    I understand.

 2      A.    Right.

 3      Q.    But Blackhawk is your company though.

 4      A.    Yes, sir.  Yes, sir, I understand.

 5      Q.    And I understand you signed a contract but that

 6  is my whole point.  Your contract entrusted certain

 7  duties of Blackhawk over to FMS, management duties to

 8  handle for you; right?

 9      A.    Uh-huh.

10      Q.    Like paying these people you are talking about.

11      A.    Uh-huh.

12      Q.    You have to say yes or no on the record.

13      A.    Yes, sir.

14      Q.    So that is what you are telling us is like that

15  was a duty that was turned over to FMS, paying people

16  other than yourself that worked for Blackhawk.

17      A.    Right.

18      Q.    And I think you also mentioned handling the

19  insurance, securing the insurance was also handed off to

20  FMS.

21      A.    That's correct, sir.

22      Q.    By contract?

23      A.    That's correct.

24      Q.    How about paying of the insurance?

25      A.    As well, yes, sir.

1      Q.    That was handed off to FMS?

2      A.    Right, yeah.  Well, they -- it was paid via

3  Blackhawk coffers using Blackhawk money.  But they

4  presented us with -- FMS gave us a listing, kind of a --

5  they would tell us this is due and this is due.  So from

6  my understanding --

7      Q.    FMS would tell you that?

8      A.    FMS, yeah, they were the agent management

9  company, right.  So they would tell us this is due, this

10 is due and this is due.  And my office manager would

11 prepare checks, Blackhawk checks and we would pay those

12 bills.  That was my understanding of it.

13     Q.    Oh, so it was really Blackhawk paying its own

14 bills whenever FMS told you to pay Blackhawk's bills.

15     A.    I would say yes but not on all occasions, not

16 on all occasions.

17     Q.    That is where you are losing me.  What do you

18 mean on not on all occasions?  Tell me what you mean.

19     A.    Well, I just recall that they would -- that

20 they would bring me certain checks to sign for services

21 rendered.  And I would imagine that this insurance is

22 one of those things.  And when they brought me the

23 check, they would tell me this is for this particular

24 thing and so we would pay it.  But it came from -- it

25 came from Blackhawk's monies to my knowledge.  I don't

 1  know where else it could have come from to be very

 2  honest with you.

 3       Q.   That is what I was going to ask you.

 4  Blackhawk, I understand, was in the business of securing

 5  construction contracts because you would get priority

 6  because you were a service disabled veteran owned small

 7  business.  So you had priority on like government

 8  contracts because of that designation; correct?

 9       A.   I had -- I had access.

10       Q.   Right.

11       A.   I did not have priority.

12       Q.   Okay.  But it gave you access to certain

13  jobs -- well, let me say this.  It did give you a

14  certain priority; did it not, sir?

15       A.   No, sir.

16       Q.   You are telling me a minority designation by

17  the SBA did not give you a priority under certain

18  contracts when there is a percentage set aside for

19  minority contracts in government contracting?  You

20  really are saying that?

21       A.   I can't -- I can't say otherwise in good

22  conscious because it was a competitive thing.

23       Q.   Right.

24       A.   It wasn't -- the SBA wasn't handing me a

25  contract and said here, give me a bid on this.  It was

1 handing -- it was making available contracts to like

2 companies. Okay. I wasn't the only service disabled

3 veteran in this whole place that was bidding on these

4 jobs.

5     Q. Okay.

6     A. I would --

7     Q. We are talking apples and oranges. Let me tell

8 you, because we are a designated minority business.

9     A. Okay.

10     Q. I will tell you we get preference. And show me

11 that you didn't get a preference you go from where the

12 people who can submit contracts is this wide for all

13 contracts.

14     A. Okay.

15     Q. And your ability to compete when you are

16 dealing with the Joeris, the Gary Joeris Companies, you

17 know, the big construction companies, it would be very

18 tough for you to get contracts in those areas; right, in

19 that competitive world?

20     A. I would have to say -- I would have to say that

21 I don't know any other form of competitiveness. The

22 only arena that I was ever in was the service disabled

23 veteran owned arena.

24     Q. Fair enough.

25     A. No, please.

1     Q.   Go ahead.  I am going to let you finish.

2     A.   Because of that, the only people that I ever

3 competed with were service disabled veteran owned

4 companies or veteran owned companies.

5     Q.   Got you.

6     A.   Those are the people that I ever competed with.

7 So I don't know what the broad or the big scope of

8 things are.  All I know is that within my ability to be

9 competitive --

10    Q.   Excuse me.  Let me state the question another

11 way.  I think we can solve this.  Would you agree that

12 the arena for submitting bids for contracts that you

13 dealt with at Blackhawk as a service --

14    A.   Disabled veteran --

15    Q.   -- disabled veteran small owned business is

16 your competitors were similarly situated small

17 businesses?

18    A.   I guess so, yes, sir.  I think that's --

19    Q.   You did not have to compete against non either

20 minority owned or service disabled owned -- service

21 disabled veteran owned small businesses for those

22 contracts.  That is what I am trying to say.  Because

23 these are contracts are segments of contracts that are

24 reserved for service disabled veteran owned small

25 businesses; right?

 1      A.    Yes, sir.

 2      Q.    Okay.   That is what I meant to say.

 3      A.    Okay.

 4      Q.    So using that as the priority that I meant, I

 5  didn't mean priority in any other way.   I am just

 6  meaning this is a reserved area that only service

 7  disabled minority -- I mean service disabled veteran

 8  owned small businesses can compete in.

 9      A.    Right, that's correct.

10      Q.    And my question to you is when you did that,

11  any contracts that you won, any bids that were awarded

12  to you, was the money paid from whatever governmental

13  entity or whoever awarded the contract, was it paid

14  directly to Blackhawk?

15      A.    I would have to say yes.

16      Q.    Fair enough.

17      A.    I don't know any other way to answer that.

18      Q.    Fair enough.   And that is what you paid

19  whatever FMS directed you to pay under this management

20  contract you had with them.

21      A.    Yes, sir.

22      Q.    Fair enough?

23      A.    As far as I can tell.

24      Q.    Including the insurance contract in question

25  here.

1    A.    Including all of that.

2    Q.    Except this one never got paid.

3    A.    Well, again, I would not have known that.

4    Q.    Why?

5    A.    Because it wasn't one of the things that we

6  dealt with at the company, you know.  I don't know.

7    Q.    You are saying it wasn't one of the things that

8  we dealt with as a company.  Paying your bills --

9    A.    FMS, FMS paid certain bills.  We paid -- they

10 presented us with an invoice to pay and we paid it.  I

11 wasn't -- you are asking me -- you are asking me

12 minutia, okay.  And I don't -- I don't know that level

13 of minutia.

14           I was -- I was -- my job was to seek out

15 and get contracts and to go out and do the site visits

16 and to glean as much information from the various

17 governmental agencies that we dealt with.  I spoke to

18 the people that called and asked about the contracts

19 themselves and the jobs that were available.  I did not

20 deal with the -- I don't know the word to use.

21           MR. NOEL:  The accounting.

22           THE WITNESS:  Yeah, I guess the

23 accounting.

24           MR. NOEL:  With the accounts.

25    Q.    (By Mr. Valadez) But let me ask you, you

1  couldn't get these contracts unless you had this type of

2  insurance policy for the particular jobs; could you?

3  Didn't you have to be bonded?  You had to have

4  performance bonds?

5      A.    Oh, yeah.

6      Q.    The insurance policies to even get the job?

7      A.    Right.  But that, again, is another --

8      Q.    But you are calling this minutia?

9      A.    That, again, is another thing that FMS provided

10  us.

11      Q.    I know.  But I want to make sure I am

12  understanding you.  You are calling this minutia?

13      A.    Am I using the wrong terms?  Am I?

14      Q.    No, it is your deposition.  You can call it

15  whatever you want.  I just want to make sure.  I heard

16  you call it minutia a minute ago.

17      A.    Yes, sir.

18      Q.    I just want to make sure.  You are calling a

19  premium on an insurance agreement that you needed in

20  order to get the contract in the first place --

21      A.    Yeah.

22      Q.    -- you are calling that minutia?

23      A.    But I don't know anything else to call it.

24      Q.    Fair enough.  Fair enough.

25      A.    Because if you -- it is just that there was --

1  there was so much from an administrative standpoint,

2  from an administrative standpoint.  There was and

3  probably to this day exists in almost all companies a

4  level of administration that has to be conducted.  That

5  is why -- that is why people hire administrators and

6  office managers and things of that nature, to handle

7  those kinds of things.  And I trusted the people that

8  worked for me and that I worked with to provide me with

9  the information to keep the company moving forward.  And

10 that, to me, is another one of those things.  I

11 didn't -- I didn't review everything and look at

12 everything.  I took what people provided me on their

13 face value.

14     Q.   I understand.  I think I understand what you

15 are saying.  Let me ask you this.  I just want to make

16 something really clear here.  You are saying this

17 insurance agreement with CNA, it would have been

18 obtained by FMS on behalf of Blackhawk?

19     A.   It must have -- it must have been one of those

20 things that they established.

21     Q.   I don't want to know must have.  I mean

22 either -- what I need to know is did Blackhawk obtain

23 its own insurance or did FMS obtain your insurance on

24 bids that you were going out and trying to get?  Who

25 would get the insurance for these bids?

 1              MR. NOEL:  It is only if you know.  Don't

 2    guess.

 3              THE WITNESS:  I don't know.  I am not --

 4    and I am not going to guess because I would be doing you

 5    a disservice.  I don't know.

 6        Q.   (By Mr. Valadez) Well, if the -- you will agree

 7    then though if it is issued to Blackhawk, it is

 8    Blackhawk's debt.

 9        A.    That is Blackhawk.  No, I don't know that.  I

10    don't know that.  I can't speak to that because -- well,

11    I just don't know.  I can't -- I can't go beyond that.

12    I would be guessing or just trying to give you --

13        Q.    I think it has already been judicially

14    determined because we have a default judgment.  My

15    question, however, is -- what I am trying to figure out

16    though is from what I am hearing you telling me is you

17    received the money.  In other words, these were tied to

18    specific -- these policies were tied to specific jobs

19    that you got, bids that you were awarded; correct?

20        A.    I guess.

21        Q.    These policies?

22        A.    I guess.  I don't know.  I don't know.  I am

23    not kidding you.  I am not making this up.  I am not --

24    I am not trying to frustrate you either, sir.

25        Q.    You are not frustrating me at all.  I am trying

1  to understand.  You didn't have a clue what was going on

2  at Blackhawk?

3      A.   Not at that level, not at that level.

4      Q.   Do you -- did you know enough to know that your

5  policies, that you had to get policies on bids that you

6  were trying to get on behalf of Blackhawk, construction

7  bids?  Did you know about enough about that?

8      A.   The only thing that I was aware of is we had to

9  have bonding.

10      Q.   That is what I am talking about, performance

11  bonding.

12      A.   That is the only thing that I was aware of,

13  that all government contracts had bonding associated

14  with it.  That is all that I knew of.

15      Q.   Your performance bonds?

16      A.   Yes, sir.

17      Q.   Okay.  And those were tied -- your bonding,

18  your performance bonds were tied to specific contracts.

19      A.   Yeah.

20      Q.   Okay.  And under these contracts, you would --

21  under that specific contract, you were paid a fixed

22  amount under that contract with whatever entity that you

23  entered into this construction contract with, the bid

24  you were awarded.

25      A.   Yes, sir.

 1      Q.   When you did -- you did your own pricing on
 2 your bid when you were going to submit your bid?
 3      A.   The bidding you mean?
 4      Q.   Yes.  You did your own bidding?
 5      A.   No, that was done by FMS as well.  FMS, we were
 6 in on the bidding.  We submitted the data that had been
 7 collected at the site visits.  And we provided all of
 8 that information to a bidding department and they did
 9 the bidding.  And they did --
10      Q.   FMS did the bidding?
11      A.   Yes, sir.  But it was -- yes, that is as much
12 as I -- yeah, they did the bidding.  And we -- like I
13 said, we just provided the information to them as far as
14 the site visits were concerned.
15      Q.   Okay.  I am going to come back to this area in
16 a little bit.  Now, you told me BHV Properties, LLC, you
17 said you never heard of them; correct?
18      A.   No.
19      Q.   Do you know why they were requested to be an
20 additional named insured under the CNA policy?
21      A.   No, sir, I don't know that.
22      Q.   Who would have made that request?  FMS?
23      A.   I can't speculate.  I don't know.
24      Q.   Well, you didn't do it because you didn't
25 negotiate or do the contracting for insurance; correct?

1      A.    No, sir, not that I am aware of.

2      Q.    Who did that?

3      A.    I don't know.  I don't know anything about BHV.

4      Q.    No.  I am saying who did the obtaining of

5  insurance?  You told me that was FMS's job; right?

6      A.    Yes, sir.  As far as I know, as far as I could

7  tell.

8      Q.    So the requesting of this entity to be an

9  additional named insured, that would have been done

10  by -- requesting this entity to be named as an

11  additional insured, that would have been done by FMS

12  under your understanding?

13      A.    I don't know.  I'm serious.  I don't know.  I

14  don't know anything about BHV so I don't know.

15      Q.    Let me ask the question this way.  Who did any

16  of the requesting for the named insured schedules under

17  the insurance agreements obtained for Blackhawk?  Who

18  did that request?

19      A.    I don't know.  All I know is that FMS was the

20  management company that we were associated with.

21      Q.    Do you have a copy of the FMS contract?

22      A.    No, sir.

23      Q.    Where is it?

24      A.    I have no idea.  I don't have an office

25  anymore.  I don't have an entity anymore.  Everything

 1    has been --

 2         Q.    Does FMS have it?

 3         A.    I can't speak for FMS, sir.  I don't know.

 4         Q.    Who owns FMS?

 5         A.    To my knowledge, if it even exists, it would be

 6    the Wiebracht brothers.

 7         Q.    Those two?

 8         A.    Yes, sir.

 9         Q.    So if I go serve a subpoena on them, that is

10    where I start?

11         A.    That is as much as I know.

12         Q.    I understand.  That is where I start is on the

13    Wiebracht brothers.

14         A.    I would.

15         Q.    Where do you understand that they live?

16         A.    I don't.  I have no idea where they live.

17         Q.    Where did they last live that you know of?

18         A.    I do not know that.  I mean I know they live in

19    San Antonio.

20         Q.    When is the last time you talked to Steven

21    Wiebracht?

22         A.    2016 maybe.

23         Q.    When is the last time you spoke to Michael

24    Wiebracht?

25         A.    About same time frame, probably in the spring

1  or summer of 2016, no.

2      Q.   You are not involved in litigation with them

3  right now?

4      A.   I beg your pardon?

5      Q.   Your are not involved in litigation with them

6  right now?

7      A.   Am I?

8              MR. NOEL:  We have settled out.

9      Q.   (By Mr. Valadez) When was that case settled?

10     A.   Let me see.  If I am thinking the right thing,

11 it was what --

12             MR. NOEL:  Are you referring to the

13 Traveler's litigation?  So we entered into a settlement

14 agreement in June.  We had --

15             MR. VALADEZ:  Of 2019?

16             MR. NOEL:  Yes, we had 180 day

17 confidentiality period that just expired.  It ended this

18 summer.

19     Q.   (By Mr. Valadez) Was FMS in that lawsuit?

20     A.   I don't know.  I don't know if FMS has an

21 entity.

22     Q.   Hold on.  I will find it.  Who is Michael

23 Padron?

24     A.   Michael Padron is the owner of Blackhawk.

25 Excuse me.

1     Q.   Of Blackhawk?  I thought you were the owner of

2   Blackhawk.

3     A.   So did I.  Michael Padron owns Mapco.  Always

4   has, probably always will.

5     Q.   Now, can you tell me -- you used to work for

6   Mapco?

7     A.   Yes, sir.

8     Q.   Blackhawk got caught up in the Traveler's

9   lawsuit; right?  It was a defendant in that case?

10    A.   Yeah.

11    Q.   Why would Mapco and Michael Padron also be a

12  party in that case?

13    A.   Why would they be?

14    Q.   Uh-huh.

15    A.   Because Mapco was another one of the companies

16  that was managed by FMS I would imagine.  I don't know

17  why else they would be.

18    Q.   Have you ever heard of Blackhawk-Jamco, an

19  SDVOB joint venture?

20    A.   Yeah.

21    Q.   Who is that?

22    A.   Who is Jamco?

23    Q.   Yes, Blackhawk-Jamco SDVOB Joint Venture, what

24  is that?

25    A.   It was a joint venture between Blackhawk and

1  Jamco which is Joe -- Joseph Albert Muniz Company is

2  what Jamco stands for.  And he was -- they were --

3       Q.   It is who?  Richard Muniz?

4       A.   No, Joe, Joe.

5       Q.   Joe Muniz?

6       A.   Joe Muniz.

7       Q.   Go ahead.  I'm sorry.

8       A.   Joe Albert Muniz.  It was yet another one of

9  the companies that were involved in the FMS umbrella

10  kind of thing.

11       Q.   Yeah.  What was its relationship to Blackhawk?

12  It was just a joint venture?

13       A.   It was a joint venture.  It was -- I guess it

14  was just a way that FMS and Jamco in order to extend, I

15  guess, or get more contracts, the government would allow

16  for joint ventures if the service disabled entity would

17  bring in a non-service disabled veteran company that had

18  certain qualifications and could meet certain

19  requirements as far as performance was concerned, they

20  would bring them in and tie it as a joint venture and

21  use each others credentials in order to move forward.

22       Q.   If a non --

23       A.   SDVOB.

24       Q.   Veteran disabled small business didn't have the

25  ability, they could bring a joint venture with somebody

 1  to beef up and go after a contract.  Is that what you
 2  are saying?
 3      A.   Right.  But it was -- I would just from a
 4  lay-person's viewpoint, it was a way to -- it was a way
 5  to access the government contracts utilizing other
 6  people's capacities or capabilities.
 7              MR. VALADEZ:  Can we take a break in the
 8  deposition?
 9              THE WITNESS:  Sure.
10              (Recess taken)
11      Q.   (By Mr. Valadez) Okay.  So you said Jamco --
12  what did you say the name of the man that ran Jamco is?
13      A.   Joe Albert Muniz.
14      Q.   Muniz.
15      A.   M-U-N-I-Z.
16      Q.   And he is also a contractor?
17      A.   Yes, sir.
18      Q.   That occasionally did joint ventures with
19  Blackhawk?
20      A.   Occasionally.  To my recollection, I think we
21  may have had two, maybe three joint ventures with him.
22      Q.   Fair enough.
23      A.   To my recollection but that has been a while.
24      Q.   How about Blackhawk Constructors, LLC?
25      A.   Blackhawk Constructors, LLC is a d/b/a of

1  Blackhawk Ventures, LLC.

2      Q.   By the way, any of these entities that I have

3  listed for you that we have gone over, the Blackhawk

4  entities, did you incorporate any of those companies?

5      A.   No.

6      Q.   Were they already in existence when you went to

7  work for or when you bought your interest in Blackhawk,

8  when you acquired your ownership interest in Blackhawk?

9      A.   I don't know.  I don't know.

10     Q.   Did you all have a lawyer, Blackhawk?

11     A.   No, not that I know of.

12     Q.   Did you have an accountant?

13     A.   Yes.

14     Q.   Who was your accountant?

15     A.   The accounting firm of Ridout Barrett.

16     Q.   Who?

17     A.   Ridout Barrett, R-I-D-O-U-T dash Barrett,

18  B-A-R-R-E-T-T.

19     Q.   E-T-T?

20     A.   Yes, sir.

21     Q.   Were those the accountants only for Blackhawk?

22     A.   All I know is that they were Blackhawk's

23  accountants.  I don't know if they were everybody's

24  accountants.  I couldn't tell you.

25     Q.   Were they accountants for -- how did you find

1   them, Ridout Barrett?

2       A.   I did not find them.  They were already

3   existing.  When I came to taking over this -- to my

4   knowledge, Ridout Barrett was already working for FMS I

5   would imagine.

6       Q.   Okay.

7       A.   And we just followed suit.

8       Q.   Were they accountants for FMS too?

9       A.   I can't speak to that, sir.  I don't know.

10      Q.   Well, I am trying to figure out if Blackhawk --

11  was Blackhawk an independent company or was it subject

12  to the direction of another company?

13      A.   I don't know how to answer that.  I know that

14  we sought our own company.  We sought our own contracts

15  but we were contractually tied to FMS for their

16  services.  That's as much as I can tell you about it.

17      Q.   How was FMS paid?

18      A.   The way I recall it, if they provided a service

19  let's say for a superintendent on the job, they billed

20  Blackhawk for that.

21      Q.   Okay.

22      A.   If they provided service for an assistant

23  superintendent or laborers for that job or any other

24  thing that they brought to the table, then they would

25  bill Blackhawk accordingly for that.  That was my --

 1  that was my understanding of it.

 2      Q.   Did Blackhawk ever employ its own -- other than

 3  that one superintendent you told me about, you told me

 4  you had one superintendent.

 5      A.   At the end, yes, sir.

 6      Q.   What do you mean by at the end?

 7      A.   At the end, the time frame period that you

 8  asked me about, that's --

 9      Q.   2015?

10      A.   Right.   That is the only one that I had at that

11  time.

12      Q.   Okay.   Other than that one superintendent, if

13  any other help -- labor was required by Blackhawk to

14  complete a construction contract or bid that you had

15  been awarded, that Blackhawk had been awarded, did

16  Blackhawk provide its own labor?

17      A.   No.

18      Q.   For all labor that was required under any

19  construction contract that Blackhawk had been awarded,

20  would FMS provide all labor to Blackhawk?

21      A.   I would have to say yes.

22      Q.   And it would bill Blackhawk for that?

23      A.   Yes, sir.

24      Q.   And have you ever negotiated a performance

25  bond?

 1      A.    Negotiated?

 2      Q.    Yes.

 3      A.    (Shakes head from side to side.)

 4      Q.    Have you ever figured out, gone to an insurance

 5  company -- I am not talking about just at Blackhawk but

 6  ever -- gone to an insurance broker to say I need a

 7  performance bond, let's figure out what this performance

 8  bond is going to cost for this job?

 9      A.    No.

10      Q.    Have you ever gone to do that?

11      A.    No, sir.

12      Q.    So you have no idea how you calculate what the

13  performance bond is going to cost?

14      A.    No, sir.

15      Q.    How you, for example, base it upon the

16  expected -- you base it upon your bid, that it is going

17  to take this much labor at this much payroll at this

18  many hours over this period of time.  And you know, here

19  is what your -- it will cost to get the job done.

20      A.    Uh-huh.

21      Q.    And the performance bond is then based upon

22  that.  That is a very crude way of explaining the

23  calculation but have you -- you have never gone through

24  that process before?

25      A.    Not myself personally, no, sir.

1    Q.   Fair enough.   That was also done by FMS.

2    A.   I would imagine so, yes, sir.

3    Q.   Now, how would FMS get paid for handling the

4  insurance?  You told me how they were paid for handling

5  the labor; right?  They would bill you for we provided

6  this labor?

7    A.   Yes, sir.

8    Q.   How would they bill -- how would they get paid

9  for handling the insurance aspect, the performance bond

10  aspect of bids that they were trying to get for

11  Blackhawk?

12    A.   I don't know.  I genuinely do not know.  I

13  don't know how that was calculated.  Did we pay them?

14  Did they bill us for it?  Yeah.  But how they got to

15  that numerical figure, I don't know.

16    Q.   So let me see if I get this straight.  You are

17  the owner of Blackhawk and you have a deal, a contract

18  with this outfit, FMS.  And they are billing you for

19  things they do on behalf of Blackhawk, labor, contract,

20  insurance contracts, you know, various things on

21  behalf -- because they are doing all kinds of minutia as

22  you called it.

23    A.   Yes, sir.

24    Q.   Various things that Blackhawk required on a

25  daily basis.  But FMS is doing it for you.

1      A.    Uh-huh.

2      Q.    All of the management; right?

3      A.    Yes, sir.

4      Q.    And they are billing you?  They are billing

5  Blackhawk; right?

6      A.    Right.

7      Q.    You are the sole owner of Blackhawk and you

8  don't have any idea how they are coming up with that

9  number?  At that time, you had no clue what their

10 formula was to come up with what they were being paid?

11     A.    Are we still talking about the bonds?

12     Q.    We are talking about just -- no, FMS, how they

13 billed you.

14     A.    No, sir, I don't -- all I know is that they

15 charged -- they charged for labor.  They charged for

16 administrative fees.  They charged for certain

17 administrative functions.  Then they charged us for the

18 bond and that was just another line item on their

19 billing.  That is as far as I can tell.

20     Q.    If they never charged you for the bond -- or

21 let me ask you do you know if the bonds involved in this

22 case from CNA, from my client, do you know if Blackhawk

23 paid FMS for those bonds?

24     A.    No, sir, I don't know that.

25     Q.    Okay.  So they might have or they might not

1    have?

2        A.    I'm sorry.  I am not going to speculate.  I

3    don't know.

4        Q.    That is what I am saying.  It could have been

5    either way.

6        A.    I don't know.

7        Q.    One way or another, you have no way of telling

8    the court?

9        A.    No, sir, I don't know.

10       Q.    Fair enough.

11       A.    That particular function, I don't know.

12       Q.    Who would know?

13       A.    Again, I can't speculate.  I don't know who.

14       Q.    You don't think FMS would know?

15       A.    I would -- I guess if I was looking for an

16   answer, I guess that is where I would look.

17       Q.    FMS; right?

18       A.    Yes, but I know that I don't know the answer.

19       Q.    But FMS is the one -- this was their

20   responsibility; right?

21       A.    I would say so, yes, sir.

22       Q.    Securing the insurance performance bond?

23       A.    Yes, sir.

24       Q.    And then billing you for it, that was their

25   job; right?

1      A.    Uh-huh.

2      Q.    Yes?

3      A.    Yes.

4      Q.    And then if you paid them for it, making sure

5  it got paid; right?

6      A.    Uh-huh.

7      Q.    That was their job?

8      A.    Right.

9      Q.    So you would pay them for the insurance

10 performance bond and then they would pay the insurance

11 company?

12     A.    I don't know.

13     Q.    Did you ever see this FMS contract?

14     A.    Did I ever see it?

15     Q.    Yeah.  Did your eyes ever lay upon this FMS

16 contract?

17     A.    I can't recall that I ever saw a contract

18 between us.  I just -- there was just so much

19 documentation and administrative functions at the time

20 that I can't -- I can't say yeah, that was it.  I don't

21 know.

22     Q.    But that was the whole objective of the FMS

23 contract; wasn't it, so that they would handle all of

24 the minutia of administration?  Wasn't that the reason

25 you had FMS?

1    A.   I don't -- I have a hard time answering that

2  question.

3    Q.   Yeah, tell me.

4    A.   Because one, I don't know for one.  But

5  secondly, it was -- it was -- I wasn't the only company

6  affected.  I mean, you know, there was other companies.

7  And how they dealt with them and what they did with

8  them, I don't know.  All I know is that I -- like I told

9  you earlier --

10   Q.   What do you mean there were other companies,

11 sir?  Tell me what you mean by that?  That worked with

12 FMS?

13   A.   Yeah, yes, sir.

14   Q.   Okay.  You mean like Mapco?

15   A.   Yeah, all of those other co things.

16   Q.   All of those other what?

17   A.   Co, Jamco, Mapco, all of those co things.

18   Q.   I got you.  Let me ask you.  As a sole owner of

19 Blackhawk, you could have terminated this contract with

20 FMS at any time you wanted; right?

21   A.   Realistically, yeah, I guess I could have.  I

22 could have.

23   Q.   Why didn't you?

24   A.   Until the very end, I did not see a reason to.

25 I didn't see a -- there wasn't any point in doing that.

 1  The services that they were providing me were necessary

 2  functions, services.  Pardon me.

 3      Q.   You need a break?

 4      A.   No, no, no, I am good.

 5      Q.   Okay.

 6      A.   And so long as we had work, so long as we had

 7  contracts and we were pursuing these contracts, I needed

 8  people to man the jobs to the extent that they were able

 9  to obviously.

10      Q.   But you know there is a lot of companies that

11  do back office, that do administrative functions for

12  companies such as Blackhawk.  You know that; right?

13      A.   At the time, I did not.  This is the only

14  association that I have ever had with the business, the

15  business world.  This is the only association that I

16  have ever had with the business world.  I am an

17  ex-sailor.  I don't know about things like that.

18      Q.   You weren't an experienced businessman is what

19  you are saying?

20      A.   No, sir, I was -- I was what I believe to be a

21  competent superintendent.  Because I understood -- I

22  understood the ebb and flow of the work when I was

23  approached to be the owner.

24      Q.   Yes.  That's -- well, let me ask you.  You said

25  until the end.  What did you regard the end to be?

 1      A.    My understanding of the end was in 2016 when we

 2   were asked to vacate the building, I no longer had a

 3   staff.

 4      Q.    Which building is this?

 5      A.    427 or 429 Cevallos Street address.

 6      Q.    421 Cevallos, Suite A?

 7      A.    427, what would probably have been Suite C or

 8   D.

 9      Q.    What address is this?  You have three policy --

10   three addresses under this policy.  421 West Cevallos,

11   Suite A, San Antonio, Texas 78204.  What is that

12   address?

13      A.    Say it again.

14      Q.    421 West Cevallos, Suite A.

15      A.    No, sir, there is no 421.  It is 427.

16      Q.    I am just telling you this is what you listed

17   as an address.  You are saying there was no such

18   address?

19      A.    There was no 421.  It was 427; right?

20            MR. NOEL:  It is whatever you remember.

21            THE WITNESS:  That is what I remember is

22   427.  I don't remember 421.

23      Q.    (By Mr. Valadez) So far as Blackhawk is

24   concerned, you have never heard of 421 West Cevallos,

25   Suite A?

 1       A.    No, sir.

 2       Q.    How about 938 West Laurel, San Antonio, Texas

 3   78201?

 4       A.    Yes, sir.

 5       Q.    What is that?

 6       A.    That is the address that we were -- where we

 7   were located before we moved back to 429.

 8       Q.    So that was Blackhawk's address during what

 9   period of time?

10       A.    '15 -- probably '09 to '15, 2009 to 2015.

11       Q.    2009 to 2015, that is on Laurel?

12       A.    Yes, sir, on Laurel Street.

13       Q.    2009 to when in 2015?

14       A.    Right, yes, sir.

15       Q.    When in 2015?

16       A.    When in 2015?  I just remember in the summer

17   time.

18       Q.    Fair enough.  PO Box 831284, San Antonio, Texas

19   78283.  What is that?

20       A.    I think that is strictly a mailing address for

21   where the administrative staff gathered information.

22       Q.    Is this a Blackhawk or FMS post office box?

23       A.    I remember we had a PO Box.  You know, if it

24   was just FMS and Blackhawk and -- I remember is that we

25   had a PO Box.

1     Q.    What address did FMS have in 2015?

2     A.    427 West Cevallos.

3     Q.    They were in the same address?

4     A.    No, we were at 429.

5     Q.    You were at 429?

6     A.    Uh-huh.

7     Q.    So Blackhawk, this is at what time period when

8  you were at 429 Cevallos?  Was that in the summer of

9  2015 that you were talking about?

10    A.    Yes, sir.  Yes, sir, 2015.

11    Q.    Until when?  Until the end in 2016?

12    A.    Until June, yeah, June of 2016 that we were

13 there.

14    Q.    Was that the end, June of 2016?

15    A.    Yes, sir.

16    Q.    That is when you were kicked out of the space?

17    A.    Yeah.  I guess for lack of a better word, yeah.

18    Q.    And your neighbor right next to you was FMS?

19    A.    At 427, it was FMS and Blackhawk, excuse me,

20 and Mapco.

21    Q.    So 42 -- FMS and Mapco were at 427?

22    A.    Yes, sir.

23    Q.    By the way, how many employees did FMS have in

24 the office?

25    A.    My best guess would be eight maybe.

1     Q.    The Severt brothers or what did you call them?

2     A.    The Wiebracht brothers.

3     Q.    The Wiebracht brothers?

4     A.    Yeah.

5     Q.    That is two.

6     A.    Padron.

7     Q.    Who?

8     A.    Mr. Padron officed there.

9     Q.    From Mapco?

10    A.    Yes, sir, he officed there.  They had -- they

11    had -- they had the accounting department and their

12    staff.  I would imagine was eight more people.

13    Q.    At that same address?

14    A.    Yes.

15    Q.    So the accounting staff?

16    A.    Uh-huh.  Accounting/administrative staff.

17    Q.    Did Blackhawk operate at any address other than

18    Cevallos address, the Laurel Street address or the PO

19    Box?

20    A.    No, no, sir.

21    Q.    You said you moved from Laurel.  When you were

22    on Laurel, was FMS there too?

23    A.    (Shakes head from side to side.)

24    Q.    They were at the Cevallos address?

25    A.    Uh-huh.

 1              MR. NOEL:  Ruben, just to help clear up
 2   and get us a good record, she can take down everything
 3   that we say but it is hard for her to take down your
 4   non-verbal.
 5        Q.    (By Mr. Valadez) You have to say yes or no.
 6        A.    No.  I'm sorry.  I apologize.
 7        Q.    So what is the answer?  I asked you whether FMS
 8   was ever at the Laurel street address.
 9        A.    No, sir.
10        Q.    Okay.  Okay.  Have you ever heard of M2M
11   Services?
12        A.    No, sir.
13        Q.    Let me see where this guy is.
14              MR. VALADEZ:  Let's go off the record for
15   a quick second.
16                    (Recess taken)
17        Q.    (By Mr. Valadez) I just asked you other
18   entities, M2M Services, LLC, you ever heard of it?
19        A.    No, sir.
20        Q.    You told me about Mapco Holdings, Inc.  That is
21   Padron's company?
22        A.    Yes, sir.
23        Q.    Mapco, Inc., same thing?
24        A.    Yes, sir.
25        Q.    MBH Ventures?

1      A.    I think that was one of those joint ventures?

2      Q.    MBH is?

3      A.    Yeah, it would be Mapco, Blackhawk, MBH.   I

4  think that was one of those joint ventures.

5      Q.    That was a joint venture?

6      A.    Yes, sir.

7      Q.    Promasters Construction?

8      A.    I know who --

9      Q.    Who is that?

10      A.    I know that they existed.

11      Q.    What are they?

12      A.    They were a plumbing company.

13      Q.    How were they related to you all?

14      A.    How, I don't know how but I know that they

15  existed at the -- what is that address?  It is over

16  there by -- you know where the old True Value was

17  where -- not 281.  What is that?  Where 10, the Culligan

18  Water plant, that thing where 281 takes off to -- back

19  to pick up 37 south, that offshoot?  And 35 goes into

20  town and it is right there, right before you hit

21  Broadway, that was the True Value building.  Right next

22  to that True Value building was their grounds for their

23  lumber, okay.

24      Q.    Okay.

25      A.    And right there is where Promasters was.  That

 1    is all I can --

 2         Q.    I know.  But were they related to FMS?

 3         A.    I would say yes.  I would say yes.

 4         Q.    Meaning -- so they were managed by FMS?

 5         A.    I don't know.  I do not know.

 6         Q.    When you say they were related to FMS, what do

 7    you mean?

 8         A.    They were part of that FMS family thing,

 9    everybody under that umbrella thing.  That is as much as

10    I know.

11         Q.    Why do you say that, that they were part of the

12    FMS family?

13         A.    Why do I say it?

14         Q.    You had heard of them or what?

15         A.    Yeah, I mean, yeah, of course.

16         Q.    WPS Group doing business as Federal Management

17    Solutions, that is FMS.

18         A.    Yeah.

19         Q.    Right?  Padron Enterprises, it is another

20    Michael Padron company?

21         A.    Yes.

22         Q.    What did it do?  Do you know?

23         A.    No, sir, I do not know.

24               MR. VALADEZ:  There you are.  Take a break

25    so he can take over.

1            MR. NOEL:  Okay.

2            (Recess taken)

3                    EXAMINATION

4  BY MR. COATES:

5       Q.    I know you have talked about a number of these

6  corporations that Robert has on this list here.  I don't

7  know.  Have you all covered Blackhawk Jamco?

8            MR. NOEL:  Yes.

9            THE WITNESS:  Yes, sir.

10      Q.    (By Mr. Coates) Are you familiar with Maria

11 Bass?

12      A.    Maria Bass was formerly Maria Padron.  So yes,

13 I am familiar.

14      Q.    And what role did she play in this business?

15 Any?

16      A.    None that I am aware of.

17      Q.    Are you familiar with Brian Dudley?

18      A.    That name sounds familiar but I couldn't tell

19 you exactly where.

20      Q.    How about Michael Padron?

21      A.    Michael Padron is the owner of Mapco.

22      Q.    And what was Mr. Padron's involvement with your

23 company?

24      A.    Define involvement, please.

25      Q.    Did he have any role in dealing with your

 1  company?

 2      A.   No, he was -- he owned Mapco.

 3      Q.   Okay.  And was Blackhawk Ventures doing

 4  business with Mapco?

 5      A.   No, sir.  No, sir.

 6      Q.   What interactions did you have with Mapco such

 7  that you know Mr. Padron?

 8      A.   I worked for Mr. Padron from '99 to '06.

 9      Q.   After '06, did you continue to have any

10  involvement with Mapco or Michael Padron?

11      A.   Not directly.

12      Q.   Okay.  Are you familiar with Brian Taylor?

13      A.   I know who he is.

14      Q.   And what was Mr. Taylor's position or who is

15  he?

16      A.   He was a manager at FMS.

17      Q.   Was he a manager that you dealt with regularly?

18      A.   I would say weekly maybe.

19      Q.   Where was Mr. Taylor located, do you know?

20      A.   He was in what I regarded the FMS building at

21  427 West Cevallos.

22      Q.   West what?

23      A.   427 West Cevallos.

24      Q.   Is that the same address where Blackhawk is?

25      A.   Blackhawk was at 429 West Cevallos.

1      Q.   Okay.  Are they separate buildings?

2      A.   Yes.

3      Q.   Or are those buildings combined?

4      A.   Yes, sir.

5      Q.   Are you familiar with Fromita Taylor, Fromita

6   Taylor?

7      A.   The only thing I know about that lady is that

8   is Brian Taylor's wife.

9      Q.   Okay.

10     A.   Or at least was at the time.  I don't know any

11   more.

12     Q.   Do you know Michael Wiebracht?

13     A.   Michael Wiebracht.

14     Q.   Wiebracht?

15     A.   Yes, sir, I do.

16     Q.   What was Mr. Wiebracht's role?

17     A.   He was the COO of FMS.

18     Q.   And Steven Wiebracht, what was his role at FMS?

19     A.   He was the CFO of FMS.

20     Q.   How about Raymond Jenkins?

21     A.   He was the outside operations, I would say,

22   manager for lack of a better word.  I don't really.

23     Q.   Was that with FMS?

24     A.   Yes, sir.

25     Q.   Manuela Villarreal?

1      A.    That happens to be my wife.

2      Q.    Okay.  I think you would know her.  How about

3  Joe Muniz?

4      A.    He was the owner of Jamco, J-A-M-C-O.

5      Q.    Did Blackhawk do business with Jamco?

6      A.    We had a number of joint ventures with Jamco,

7  yes, sir.

8      Q.    What was the relationship between Blackhawk and

9  FMS?  And you may have already covered it.

10              MR. NOEL:  Yeah, he has already gone

11 through that whole management contract, a lot of those,

12 spent long time going through that area.

13     Q.    (By Mr. Coates) Have any of the people that I

14 have just asked you about, have any of them had any

15 involvement directly with Blackhawk?

16     A.    With the exception of Ms. Padron and

17 Ms. Taylor, everyone -- and that Brian somebody

18 whomever.

19     Q.    Taylor?

20     A.    No, no.  That was another name that -- I think

21 it was the second name or --

22     Q.    Brian Dudley?

23     A.    Yeah, and him, the rest of those people were

24 associated either with their own individual companies

25 which is like Jamco and Mapco and FMS.  So they were all

 1  part and parcel of the same.

 2      Q.   Okay.  I apologize if you have already covered

 3  it because I am just trying to get my location.

 4      A.   Ms. Villarreal had no involvement other than

 5  the fact that she is my wife.

 6      Q.   Okay.  I thought that may be the case.  When

 7  did you begin -- you did not form Blackhawk; correct?

 8      A.   No, sir.

 9      Q.   I mean I got a quick run down.

10      A.   Right.

11      Q.   You got retained and you replaced somebody else

12  before you?

13      A.   Right.

14      Q.   Did you have an employment agreement with

15  Blackhawk?

16      A.   Not to my knowledge, no, sir.

17      Q.   Okay.  Did any of these people that I just

18  asked you about, did they hold an interest in Blackhawk?

19      A.   I may have already answered this question.

20  Initially, Michael Wiebracht and Michael Padron I

21  believe had interest in it.

22      Q.   Did that change at some point?

23      A.   Yes, sir, it changed I think it was like six

24  months later.  The SBA informed us that -- SBA or

25  SDVOSOB had to be a sole owner of the company.  It

 1  wasn't based on percentages or anything.  It had to

 2  be -- a sole ownership of the company had to be a

 3  service disabled veteran and the only person that

 4  qualified for that was me.

 5      Q.   Okay.  So -- and so that was the reason for the

 6  change?

 7      A.   Yes.

 8      Q.   Was for compliance with the rules under that

 9  program; right?

10      A.   Well, I can't speak to that.  All I know is

11  that I was brought in.

12      Q.   Are you aware of whether anyone has a personal

13  guarantee of any debt belonging to Blackhawk or of a

14  Blackhawk affiliate?

15      A.   No, sir.

16      Q.   And is that you don't know or there isn't

17  anybody that fits that?

18      A.   I do not know.

19      Q.   Okay.  Are you aware of any financial transfers

20  that were made to any of those three or two individuals,

21  Michael Wiebracht and Michael Padron?

22      A.   No, sir, I don't know anything about that.

23      Q.   Is there somebody else that would know if those

24  had occurred?

25      A.   Not that I am aware of.  I don't know.

1            MR. NOEL:  Just so you had the benefit of

2    it, he told Robert that the company has effectively been

3    shut down for the last three or four years.  There is no

4    operation.

5            MR. COATES:  Blackhawk?

6            MR. NOEL:  Right.

7    Q.    (By Mr. Coates) Did it get reinstated though as

8    far as a corporate entity with the secretary of state?

9            MR. NOEL:  That I don't know.

10   Q.    (By Mr. Coates) Do you know?

11   A.    No, sir, I do not know.

12   Q.    Because I saw something that indicated it

13   had -- I forgot to pick that one up off of the printer I

14   just remembered.  I am new to this phone.  I haven't

15   figured out how to make it shut up.

16   A.    Those things make me cry.

17   Q.    I would have thrown it out of the window if it

18   weren't for having a kid around that could do something

19   on it.  Let me just power it off.

20            Anyway, I saw something where -- I guess

21   it was terminated in 19 -- I mean in 2017 and then

22   reinstated in 2018.  Do you know anything about that for

23   Blackhawk Ventures?

24   A.    No, no, sir.

25   Q.    After you took over from Mr. Padron and Mr. --

1    A.    It is pronounced Wiebracht.

2    Q.    Wiebracht, okay, was there anybody else in

3  management involved in Blackhawk after those two left?

4  I mean other than yourself?

5    A.    I don't know how to answer that.  The reason I

6  say that is because as I -- as I think described

7  earlier, FMS was the management group that Blackhawk was

8  contractually I guess obligated to.  And they provided

9  us with all of the management administrative functions.

10 And that is what we paid them to do.  So I don't really

11 know how to answer that question.

12   Q.    Okay.  So basically all of the administrative

13 and executive type functions were contracted to be

14 handled by FMS?

15   A.    Right.

16   Q.    And you all paid FMS a fee?

17   A.    Yes, sir.

18   Q.    Okay.  You were an employee of FMS.  I mean of

19 Blackhawk Ventures; right?

20   A.    No, I was the owner of the company.

21   Q.    Okay.  Were there any other employees?  Were

22 there any employees?

23   A.    Well, everybody except myself was paid by FMS

24 so they were -- I guess they were carried on FMS -- for

25 payroll purposes, I would imagine that that is the way

 1  that paid out.

 2      Q.    Do you happen to know -- I mean like were these

 3  W-2 employees or independent contractors or anything

 4  like that?  Do you know?  These other individuals?

 5      A.    No, sir, I am not even familiar with those.  I

 6  know what is a W-2 form is.  But beyond that, I don't

 7  know what that means.

 8      Q.    You didn't get a W-2 because you were the owner

 9  of the company; right?  Or did you get a W-2?

10      A.    For the wages that I received, yes.

11      Q.    And was your W-2 from Blackhawk Ventures?

12      A.    Yes, sir.  That I can recall, I would say yes.

13      Q.    To the best of your knowledge, did anybody else

14  have a W-2 from Blackhawk Ventures?

15      A.    No, sir, not that I am aware of.

16      Q.    Okay.  Let me switch horses a little bit here

17  and ask you about a meeting that occurred on December 4

18  of 2014.  Now, you were not the owner of Blackhawk

19  Venture at that point; were you?

20      A.    Oh, of course.

21      Q.    You were?  When did you become the owner?

22      A.    '07.

23      Q.    '07.  Okay.  Did you attend a meeting on

24  December 4, 2014 to discuss Blackhawk's financial status

25  with any other entities or outside people?

1      A.    Give me that date again.

2      Q.    Yeah, December 4, 2014.

3            MR. NOEL:  Is that with CNA?

4      Q.    (By Mr. Coates) I think it was with Travelers.

5  Let me figure out where this is.  Yeah.  Do you remember

6  receiving a letter from Travelers to Blackhawk

7  requesting their presence at a December 4, 2014 meeting

8  to discuss obligations of the bond principles?

9      A.    No, sir, I don't remember that.  That doesn't

10 mean it didn't happen.  It just says I don't remember

11 that.

12     Q.    If there had been a meeting involving Blackhawk

13 to discuss outstanding obligations to these bond

14 holders, would it necessarily have been you that

15 attended that meeting or could it have been somebody

16 from FMS who was handling the management functions?

17     A.    Again, I would only be speculating but I don't

18 remember.  I haven't been attending a meeting like that.

19 And the only other people it could be would have been

20 FMS.

21     Q.    Okay.  In matters involving Blackhawk, were you

22 usually involved in any meetings that took place with

23 anybody representing Blackhawk or would it be somebody

24 from FMS?

25     A.    My recollection as I relayed earlier is that I

 1  went to the site visits.  I represented Blackhawk as its

 2  owner and at site visits with the government because I

 3  was the service disabled veteran and I owned the company

 4  in that regard.  The inner workings of that kind of

 5  thing, I don't recall that.  I don't remember sitting in

 6  meetings with people like that.

 7      Q.   Did you ever attend any meetings with

 8  Mr. Wiebracht or Mr. Padron?

 9      A.   The meetings that I attended were all work

10  related.  They were all in the effort to acquire, you

11  know, more contracts.  That is the kind of meeting that

12  I generally attended.

13      Q.   Okay.  Were you ever made aware of the fact

14  that Blackhawk was having financial difficulties during

15  this period of time in 2014?

16      A.   No, sir.

17      Q.   Do you recall ever getting any correspondence

18  or letters from Travelers Insurance Company directed to

19  Blackhawk regarding some performance bonds?

20      A.   No, not -- no.  There has been pending

21  litigation.

22               MR. NOEL:  Sure.  I told Robert we can now

23  disclose to you guys that we settled with -- Blackhawk

24  settled with Travelers last June.  But we had a 180 day

25  confidentiality period that expired mid/late December.

```
 1              MR. COATES:  Okay.
 2              MR. NOEL:  So that lid has been lifted so
 3  to speak.
 4       Q.   (By Mr. Coates) I got you.  Were you ever
 5  made -- I guess I am trying to figure out exactly what
 6  the role is and whether you were involved in the
 7  financial aspects of this, of this operation of
 8  Blackhawk.
 9       A.   No.
10       Q.   No?
11       A.   No.
12       Q.   I mean getting the work, discussing the work,
13  how it was going to be handled, who was going to be, you
14  know, maybe contracted with your company, those were all
15  things you might be involved in.  But the financial
16  aspect, that was handled by the management people.
17       A.   Right.
18       Q.   With FMS.
19       A.   Yes, sir.
20       Q.   Okay.  Thanks.  Were you ever made aware that
21  Travelers was indicating they thought there was a six
22  million dollar shortage in Blackhawk's ability to pay
23  their obligations?
24       A.   I never heard that figure, sir.
25       Q.   Okay.  Was pretty much all of the financial
```

1  handling or dealings of the company handled by FMS?

2      A.    Yes, sir.

3      Q.    Were you ever told by anybody from FMS that

4  Blackhawk was not going to be able to meet their debts

5  as they came due?

6      A.    Only at the end.

7      Q.    By the end, what time frame are you referring

8  to?

9      A.    I am talking 2016.

10     Q.    2016, end of 2016?

11     A.    Oh, no, no, mid.

12     Q.    Mid 2016?

13     A.    Yeah.

14     Q.    And how did you receive that information?  Who

15 told you?

16     A.    Well, it was kind of like somebody just from

17 FMS, someone from FMS told me there just wasn't any

18 money to meet our obligations.  That was the extent.

19 That is when I was made aware of it.  But specifically

20 who it was, I don't know.  It has been too long.

21     Q.    Were you involved in any discussions or

22 decision making about what you all were going to do in

23 response to that information?

24     A.    No, sir.

25     Q.    Did you have any involvement in acquiring the

 1  insurance policy with CNA?

 2      A.   No, sir.

 3      Q.   Is that another matter that would be handled by

 4  FMS?

 5      A.   I would say so, yes.

 6      Q.   Was there anybody with FMS that you would know

 7  of that would handle insurance issues?

 8      A.   I don't know who it would have been.  I know

 9  that there is -- they handled that stuff but I don't

10  know who -- specifically who it would have been.

11              MR. COATES:  Sorry.  I am trying to shut

12  it up but I am not doing a very good job.

13              MR. NOEL:  No problem.

14              THE WITNESS:  You could open these

15  windows.  I could show you.

16              MR. COATES:  What is that?

17              THE WITNESS:  I said if you could open

18  these windows, I could show you.

19              MR. COATES:  I might join you with that.

20              THE WITNESS:  That is a thousand dollar

21  mistake I made one time.

22              MR. COATES:  Yeah, but you may have felt

23  better afterwards.

24              THE WITNESS:  Very briefly, especially

25  since I had to go out of pocket to replace it.

1          MR. COATES:  Well, yeah, that would be the

2     time it would change your attitude.

3          THE WITNESS:  Oh, yeah.

4     Q.   (By Mr. Coates) Did you ever have copies of

5     budgets on any of these projects that you were doing for

6     Blackhawk?

7     A.   No, no.

8     Q.   So whether or not the cost, you know, to pay

9     the premiums for the insurance policies, whether that

10    was included in the budget, you wouldn't have any

11    knowledge of that; right?

12    A.   No, sir.  No, sir, not at all.

13    Q.   Did you completely rely on FMS to handle all

14    administrative functions?

15    A.   Yes, sir.  All administrative, they were the

16    people that performed all of the administrative

17    functions.

18    Q.   Were they essentially running the operation?  I

19    mean the overall, how this was all handled as far as

20    getting the work, getting the work performed, you know,

21    all of the things that made sure employes were paid and

22    all of those functions, that they handled all of that?

23    A.   With the exception of me going to the site

24    visits.  And I guess for lack of better terms or words,

25    I guess I did the procuring.  I went out and sought the

1  jobs.  I identified -- in some cases, I identified the

2  jobs.  Then I went, went to the site visits and met with

3  the governmental representatives.  And we -- and that is

4  what I did.  And I insured that what was being presented

5  in terms of doing the bidding, that certain issues via

6  the bidding had been addressed.

7       Q.   Okay.

8       A.   In terms of the flow of the work, in terms of

9  the cost to perform and things of that nature.  I wanted

10 to make sure that they were aware of those things so

11 that they could properly bid the job.

12      Q.   Okay.

13      A.   So that is the extent of what I did.  And

14 beyond that, you know, the administrative stuff, no.

15      Q.   Not only did you not do it, it sounded like you

16 were not involved in it.

17      A.   No, I wasn't.  That is because I wasn't.

18      Q.   Okay.  And how about for other -- I mean what

19 about for materials and things like that?  Were you

20 involved in the actual obtaining the materials or is

21 that something that would be handled on the

22 administrative end?

23      A.   At a job -- at the job level, that was a

24 superintendent's responsibility.  And the superintendent

25 would inform me of certain costs.  But so long as those

 1  costs were within the, you know, set points of what we

 2  were spending on a particular electrical -- let's say

 3  electrical.

 4      Q.   Right.

 5      A.   We needed so many spools of this and so many

 6  connectors of that and so many breaker boxes for that.

 7  And so long as I was involved or allowed in the cost of

 8  the materials, then yeah, I knew about things like that.

 9      Q.   Okay.

10      A.   But the other stuff, no.

11      Q.   How about any contracts with subcontractors,

12  were you involved in obtaining those?

13      A.   No, no, sir.  No, sir.  I was -- I knew that

14  subcontractors were providing their bids.

15      Q.   Right.

16      A.   But that is about as much.

17      Q.   Were you at all involved in the selection of

18  the contractors based on their bids?

19      A.   No, sir.  No, sir.

20      Q.   Is there anybody in particular who you would

21  suggest we would need to talk to to get the answers to

22  some of these questions as far as the role of FMS?

23      A.   Well, the only people that I can suggest would

24  be Michael and Steven Wiebracht.  That is the only

25  people that I can suggest that you would be able to find

1    more information because I don't know that stuff.

2        Q.   Okay.  Would they be probably the people that

3    would know the most about those aspects of this -- of

4    the business?

5        A.   I would only be speculating but I would say

6    yes.

7        Q.   Okay.  I appreciate that.  Did Blackhawk do

8    business under any assumed name?

9        A.   Assumed?

10       Q.   Yeah.  Like --

11                MR. NOEL:  D/b/a, he had a couple of

12   d/b/a's he identified earlier.

13                THE WITNESS:  They were identified.

14       Q.   (By Mr. Coates) They were for Blackhawk.  They

15   were d/b/a's of Blackhawk?

16       A.   Yeah, I don't know how else to answer that

17   except, yeah.

18                MR. NOEL:  It was Blackhawk Construction.

19                THE WITNESS:  Constructors.

20       Q.   (By Mr. Coates) Okay.  Yes.

21       A.   And whenever it was involved in a joint

22   venture, that's -- I mean that is as far as I know.

23       Q.   Okay.

24       A.   Because we were involved in joint ventures.

25       Q.   Okay.  I am trying to figure out what else

 1    there is.

 2                    MR. NOEL:  We gave you guys the tax

 3    returns and bank statements so you can see there in no

 4    money in the accounts flowing.

 5                    MR. COATES:  Yeah.

 6                    MR. NOEL:  Well, you want to go off the

 7    record?

 8                    MR. COATES:  Yeah.

 9                    (Recess taken)

10                    MR. COATES:  Pass the witness.

11                    MR. NOEL:  We will reserve our questions.

12                    (Proceedings concluded at 12:41 p.m.)

13    (Pursuant to FCRP 30(e)(1), request to review the
      transcript was not made by either deponent or party
14    before the deposition was completed.)

15

16

17

18

19

20

21

22

23

24

25

```
 1          IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TEXAS
 2
   CONTINENTAL CASUALTY           )
 3 COMPANY, NATIONAL FIRE         )
   INSURANCE COMPANY OF           )
 4 HARTFORD, AND VALLEY FORGE     )
   INSURANCE COMPANY              )
 5                                )
   vs.                           )  CASE NO. 5:17-CV-00807
 6                                )
   BLACKHAWK VENTURES, LLC        )
 7
 8              REPORTER'S CERTIFICATE
 9        ORAL DEPOSITION OF RUBEN VILLARREAL
10                 JANUARY 23, 2020
11
12      I, Sarah A. Prugh, Certified Shorthand Reporter in
13 and for the State of Texas, hereby certify to the
14 following:
15      That the witness, RUBEN VILLARREAL, was duly sworn
16 and that the transcript of the deposition is a true
17 record of the testimony given by the witness;
18      That pursuant to FCRP Rule 30(f)(1), request to
19 review the transcript was not made by either deponent or
20 party before the deposition was completed.
21      That pursuant to information given to the deposition
22 officer at the time said testimony was taken, the
23 following includes all parties of record and the amount
24 of time used by each party at the time of the
25 deposition:
```

1          Mr. Robert A. Valadez (1h28m)
                 Attorney for Plaintiff
2          Mr. David Coates (0h39m)
                 Attorney for Plaintiff
3          Mr. Scott M. Noel (0h0m)
                 Attorney for Defendant

4

5          I further certify that I am neither counsel for,

6     related to, nor employed by any of the parties in the

7     action in which this proceeding was taken, and further

8     that I am not financially or otherwise interested in the

9     outcome of this action.

10         Certified to by me on this 30th day of January,

11    2020.

12

13    _____

14                         Sarah A. Prugh, CSR
                           Texas CSR 3972
15                         Expiration:  1/31/22
                           Firm Registration Number 631
16                         Kim Tindall & Associates, LLC
                           16414 San Pedro, Suite 900
17                         San Antonio, Texas 78232
                           210-697-3400
18

19

20

21

22

23

24

25

**0**

**06** 10:8 11:24 63:8,9
**07** 10:8 11:24 19:15 70:22,23
**07/early** 15:6,14
**08** 15:6,12,14 21:24
**09** 56:10

**1**

**10** 60:17
**12:41** 80:12
**15** 56:10
**15-16** 23:6,8
**16** 22:1
**161** 6:21,23,24
**180** 41:16 72:24
**19** 68:21
**1998** 7:4

**2**

**20** 16:19,21
**2006** 10:11
**2006-2007** 10:9
**2007** 10:11
**2008** 22:12
**2009** 56:10,11,13
**2014** 70:18,24 71:2,7 72:15
**2015** 47:9 56:10,11,13,15,16 57:1, 9,10
**2015-2016** 23:5
**2016** 40:22 41:1 55:1 57:11,12,14 74:9,10,12
**2017** 68:21
**2018** 68:22
**2019** 41:15
**2020** 22:1
**281** 60:17,18

**3**

**30(e)(1)** 80:13
**35** 60:19
**37** 60:19

**4**

**4** 70:17,24 71:2,7
**42** 57:21
**421** 55:6,10,14,15,19,22,24
**427** 55:5,7,15,19,22 57:2,19,21 63:21,23
**429** 55:5 56:7 57:4,5,8 63:25

**5**

**530** 6:21,22,23
**5:17-CV-00807** 5:12,19

**7**

**70** 15:15
**78114** 6:25
**78201** 56:3
**78204** 55:11
**78283** 56:19

**8**

**831284** 56:18

**9**

**938** 56:2
**99** 63:8

**A**

**ability** 30:15 31:8 43:25 73:22
**access** 29:9,12 44:5
**accountant** 45:12,14
**accountants** 45:21,23,24,25 46:8
**accounting** 33:21,23 45:15 58:11, 15
**Accounting/administrative** 58:16
**accounts** 33:24 80:4
**acknowledged** 20:6
**acquire** 9:25 72:10
**acquired** 45:8
**acquiring** 74:25
**actual** 77:20
**additional** 38:20 39:9,11
**address** 6:22 7:3 55:5,9,12,17,18 56:6,8,20 57:1,3 58:13,17,18,24 59:8 60:15 63:24
**addressed** 77:6
**addresses** 55:10
**administration** 35:4 52:24
**administrative** 35:1,2 50:16,17 52:19 54:11 56:21 69:9,12 76:14, 15,16 77:14,22
**administrators** 35:5
**affected** 53:6
**affiliate** 67:14
**affirmed** 19:5
**agencies** 33:17
**agent** 28:8
**agree** 31:11 36:6
**agreement** 34:19 35:17 41:14 66:14
**agreements** 39:17
**ahead** 31:1 43:7
**Albert** 43:1,8 44:13
**allowed** 78:7
**amount** 37:22
**Anglo** 15:20,21,22
**answering** 5:2 53:1
**answers** 78:21
**Antonio** 40:19 55:11 56:2,18

**anymore** 39:25

**apologize** 6:16,17 13:17 59:6 66:2

**Apparently** 4:23

**appearance** 5:21

**apples** 30:7

**approached** 10:1,6,13,20 11:20 12:5,7 54:23

**approval** 17:21 20:6,22 21:2

**approved** 19:10,17

**area** 32:6 38:15 65:12

**areas** 30:18

**arena** 30:22,23 31:12

**aspect** 49:9,10 73:16

**aspects** 73:7 79:3

**assistant** 46:22

**assisting** 5:21

**association** 54:14,15

**assume** 10:24 24:17

**assumed** 79:8,9

**attend** 22:5 70:23 72:7

**attended** 5:7 14:23 71:15 72:9,12

**attending** 71:18

**attitude** 76:2

**awarded** 32:11,13 36:19 37:24 47:15,19

**aware** 4:13 8:17 37:8,12 39:1 62:16 67:12,19,25 70:15 72:13 73:20 74:19 77:10

**B**

**B-A-R-R-E-T-T** 45:18

**B-R-A-C-H-T** 14:12

**back** 8:18 17:21 20:19 23:5 24:1 38:15 54:11 56:7 60:18

**bank** 80:3

**Barrett** 45:15,17 46:1,4

**base** 48:15,16

**based** 13:15 48:21 67:1 78:18

**basically** 11:10 14:22 17:11 69:12

**basis** 49:25

**Bass** 62:11,12

**beef** 44:1

**beg** 41:4

**begin** 66:7

**behalf** 35:18 37:6 49:19,21

**belonging** 67:13

**benefit** 68:1

**BHV** 22:21,22 38:16 39:3,14

**bid** 29:25 37:23 38:2 47:14 48:16 77:11

**bidding** 30:3 38:3,4,6,8,9,10,12 77:5,6

**bids** 31:12 32:11 35:24,25 36:19 37:5,7 49:10 78:14,18

**big** 30:17 31:7

**bill** 46:25 47:22 49:5,8,14

**billed** 46:19 50:13

**billing** 49:18 50:4,19 51:24

**bills** 28:12,14 33:8,9

**bit** 38:16 70:16

**Blackhawk** 4:10,24 5:12,14,15,18 7:17 8:8,19,24 9:7,19,22 11:13,21 12:7,15,16,20,25 13:9 15:10 18:2, 17 19:17 21:5,8,12,17,21,23 22:6, 13,15,16 23:1,3 25:5,6,9,25 26:1,2, 3,7,20 27:3,7,16 28:3,11,13 29:4 31:13 32:14 35:18,22 36:7,9 37:2,6 39:17 41:24 42:1,2,8,25 43:11 44:19,24,25 45:1,3,7,8,10,21 46:10,11,20,25 47:2,13,15,16,19, 20,22 48:5 49:11,17,19,24 50:5,7, 22 53:19 54:12 55:23 56:22,24 57:7,19 58:17 60:3 62:7 63:3,24,25 65:5,8,15 66:7,15,18 67:13,14 68:5,23 69:3,7,19 70:11,14,18 71:6,12,21,23 72:1,14,19,23 73:8 74:4 76:6 79:7,14,15,18

**Blackhawk's** 25:11 28:14,25 36:8 45:22 56:8 70:24 73:22

**Blackhawk-jamco** 42:18,23

**bond** 47:25 48:7,8,13,21 49:9 50:18,20 51:22 52:10 71:8,13

**bonded** 34:3

**bonding** 37:9,11,13,17

**bonds** 34:4 37:15,18 50:11,21,23 72:19

**books** 14:23

**bought** 25:2 45:7

**box** 56:18,22,23,25 58:19

**boxes** 78:6

**break** 44:7 54:3 61:24

**breaker** 78:6

**Brian** 62:17 63:12 64:8 65:17,22

**briefly** 75:24

**bring** 28:20 43:17,20,25

**broad** 31:7

**Broadway** 60:21

**broker** 48:6

**brother** 14:15

**brothers** 14:17,18 40:6,13 58:1,2, 3

**brought** 18:15 28:22 46:24 67:11

**budget** 76:10

**budgets** 76:5

**building** 55:2,4 60:21,22 63:20

**buildings** 64:1,3

**business** 8:7,8,10 9:2 13:11,12 18:13 19:6 22:20 23:22 24:14 29:4, 7 30:8 31:15 43:24 54:14,15,16 61:16 62:14 63:4 65:5 79:4,8

**businesses** 31:17,21,25 32:8

**businessman** 54:18

**buy** 18:8,16,20,25

**C**

**calculate** 48:12

**calculated** 49:13

**calculation** 48:23

**California** 13:13

**call** 23:18 24:24 34:14,16,23 58:1

**called** 14:4 18:13 23:23 24:8 33:18 49:22

**calling** 10:23 34:8,12,18,22

**calls** 14:5

**capabilities** 44:6

**capacities** 44:6

**card** 23:22

**carried** 69:24

**case** 4:8 5:4,5,11,21 6:5 41:9 42:9, 12 50:22 66:6

**cases** 77:1

**Casualty** 4:6 24:17

**caught** 42:8

**CEO** 13:23 14:3

**Cevallos** 55:5,6,10,14,24 57:2,8 58:18,24 63:21,23,25

**CFO** 15:1,5,8,10 64:19

**change** 66:22 67:6 76:2

**changed** 66:23

**charged** 50:15,16,17,20

**check** 28:23

**checks** 28:11,20

**chief** 14:5 15:1

**choice** 16:10

**chronology** 19:19,20

**classification** 17:15

**clear** 35:16 59:1

**client** 24:8,23 50:22

**close** 15:6

**clue** 37:1 50:9

**CNA** 24:9,20,24 25:1 35:17 38:20 50:22 71:3 75:1

**Coates** 62:4,10 65:13 68:5,7,10 71:4 73:1,4 75:11,16,19,22 76:1,4 79:14,20 80:5,8,10

**coffers** 28:3

**collected** 38:7

**combined** 64:3

**commercial** 8:14,15,16

**companies** 7:17 8:17,19,24 9:1,4 14:24 30:2,16,17 31:4 35:3 42:15 43:9 45:4 53:6,10 54:10,12 65:24

**company** 4:6 7:20,21,22,25 8:1 9:7,13,15,17 10:2,7 12:9,18,19 13:5,7,15 14:19,25 17:23 18:9,20, 21 20:12 21:18 22:2,6,17,23 24:18, 19,20 25:13,17,21 27:3 28:9 33:6,8 35:9 39:20 43:1,17 46:11,12,14 48:5 52:11 53:5 59:21 60:12 61:20 62:23 63:1 66:25 67:2 68:2 69:20 70:9 72:3,18 73:14 74:1

**compete** 30:15 31:19 32:8

**competed** 31:3,6

**competent** 54:21

**competitive** 29:22 30:19 31:9

**competitiveness** 30:21

**competitors** 31:16

**complete** 19:9 47:14

**completed** 80:14

**completely** 76:13

**compliance** 67:8

**concerned** 38:14 43:19 55:24

**concluded** 80:12

**conduct** 9:2

**conducted** 20:3 35:4

**confidentiality** 41:17 72:25

**confirm** 19:13

**confusing** 20:14,17

**connectors** 78:6

**conscious** 29:22

**construction** 8:13 22:15,17 29:5 30:17 37:6,23 47:14,19 60:7 79:18

**Constructors** 44:24,25 79:19

**Continental** 4:6 24:17

**continue** 21:25 63:9

**contract** 22:4,5 26:24 27:5,6,22 29:25 32:13,20,24 34:20 37:21,22, 23 39:21 44:1 47:14,19 49:17,19 52:13,16,17,23 53:19 65:11

**contracted** 69:13 73:14

**contracting** 8:11,12 29:19 38:25

**contractor** 44:16

**contractors** 70:3 78:18

**contracts** 29:5,8,18,19 30:1,12, 13,18 31:12,22,23 32:11 33:15,18 34:1 37:13,18,20 43:15 44:5 46:14 49:20 54:7 72:11 78:11

**contractually** 46:15 69:8

**COO** 13:23 14:3,4,6 64:17

**copies** 76:4

**copy** 39:21

**Corp** 11:20 12:6

**corporate** 9:6 68:8

**corporations** 62:6

**Corps** 11:13

**correct** 4:24 8:19 12:23 17:10 27:21,23 29:8 32:9 36:19 38:17,25 66:7

**correspondence** 72:17

**cost** 48:8,13,19 76:8 77:9 78:7

**costs** 77:25 78:1

**counsel** 5:11,18,25 6:5,11

**country** 7:1

**County** 6:21,23

**couple** 79:11

**court** 4:14,20 51:8

**covered** 62:7 65:9 66:2

**credentials** 43:21

**criteria** 17:8

**crude** 48:22

**cry** 68:16

**Culligan** 60:17

**curiosity** 16:17

**curious** 16:16

---

**D**

**d/a/a** 22:19

**d/b/a** 22:18,20 44:25 79:11

**d/b/a's** 79:12,15

**daily** 49:25

**dash** 45:17

**data** 38:6

**date** 71:1

**day** 35:3 41:16 72:24

**deal** 33:20 49:17

**dealing** 30:16 62:25

**dealings** 74:1

**dealt** 24:14 25:25 26:1 31:13 33:6, 8,17 53:7 63:17

**debt** 36:8 67:13

**debts** 74:4

**December** 70:17,24 71:2,7 72:25

**decision** 74:22

**decisions** 25:8

**deemed** 17:19

**default** 4:13 36:14

**defendant** 42:9

**deficiencies** 17:19

**Define** 8:20 17:3 62:24

**definition** 8:25 9:3

**department** 38:8 58:11

**deponent** 80:12

**deposition** 24:23 34:14 44:8 80:14

**designated** 19:18 30:8

**designation** 8:2 18:12,16,19 19:2, 5,17 21:3 23:19 24:20 29:8,16

**detailed** 8:18

**determined** 36:14

**difference** 15:23 16:12

**difficult** 21:7

**difficulties** 72:14

**directed** 32:19 72:18

**direction** 46:12

**directly** 32:14 63:11 65:15

**disabilities** 19:13 20:7

**disability** 13:6 20:4

**disabled** 7:21,23,24,25 8:1,4,9 10:5 12:11 15:18 17:12,13,22 18:8, 12,14,19 19:5,18 20:12 21:3,17,19 29:6 30:2,22 31:3,14,15,20,21,24 32:7 43:16,17,24 67:3 72:3

**disclose** 72:23

**discuss** 70:24 71:8,13

**discussing** 73:12

**discussions** 74:21

**disservice** 36:5

**dissolved** 22:7,9,11

**documentation** 52:19

**documents** 4:12

**dollar** 73:22 75:20

**Dudley** 62:17 65:22

**due** 19:17 28:5,9,10 74:5

**duly** 4:2

**duties** 27:7

**duty** 27:15

**E**

**E-T-T** 45:19

**earlier** 53:9 69:7 71:25 79:12

**early** 10:8,11

**easier** 24:22

**easily** 16:20

**ebb** 54:22

**effectively** 68:2

**effort** 72:10

**electrical** 78:2,3

**employ** 47:2

**employee** 69:18

**employees** 57:23 69:21,22 70:3

**employes** 76:21

**employment** 66:14

**end** 47:5,6,7 53:24 54:25 55:1 57:11,14 74:6,7,10 77:22

**ended** 41:17

**entered** 4:14 37:23 41:13

**Enterprises** 61:19

**entities** 24:15 45:2,4 59:18 70:25

**entity** 5:13 7:22 11:1 13:10 22:2,3 32:13 37:22 39:8,10,25 41:21 43:16 68:8

**entrusted** 26:21,23 27:6

**essentially** 76:18

**established** 13:5 14:21 17:20,23 35:20

**establishing** 17:12,13

**everybody's** 45:23

**ex-sailor** 54:17

**EXAMINATION** 4:3 62:3

**examinations** 17:18 19:13,21,24

**exception** 65:16 76:23

**excuse** 31:10 41:25 57:19

**executive** 69:13

**exist** 13:9

**existed** 60:10,15

**existence** 45:6

**existing** 46:3

**exists** 22:2 35:3 40:5

**expected** 48:16

**experienced** 54:18

**expired** 41:17 72:25

**explained** 10:3

**explaining** 48:22

**extend** 43:14

**extended** 16:25 17:2,3 18:1

**extent** 54:8 74:18 77:13

**eyes** 52:15

**F**

**face** 35:13

**fact** 66:5 72:13

**Fair** 6:14 30:24 32:16,18,22 34:24 44:22 49:1 51:10 56:18

**familial** 14:16

**familiar** 4:9,16 5:13 22:22,23 24:9 62:10,13,17,18 63:12 64:5 70:5

**family** 61:8,12

**FCRP** 80:13

**federal** 4:14,19 5:6,11,19 10:14,16 11:12,19 12:6,10,13 61:16

**fee** 69:16

**fees** 50:16

**fellow** 12:25 13:6

**fellows** 12:24

**felt** 21:11 75:22

**field** 8:22 10:6 26:16

**figure** 6:12 36:15 46:10 48:7 49:15 71:5 73:5,24 79:25

**figured** 48:4 68:15

**filed** 4:9

**financial** 14:22 15:1 67:19 70:24 72:14 73:7,15,25

**find** 41:22 45:25 46:2 78:25

**fine** 16:11 24:4

**finish** 31:1

**Fire** 24:18

**firm** 45:15

**fits** 67:17

**fixed** 37:21

**Floresville** 6:23,24

**flow** 54:22 77:8

**flowing** 80:4

**FMS** 12:13,15,16,24 13:23 14:6,21 15:9,10 21:4,10,12 25:10,11,13,17, 21 26:13,18,21,24 27:7,15,20 28:1, 4,7,8,14 32:19 33:0 34:9 35:18,23 38:5,10,22 39:11,19,21 40:2,3,4 41:19,20 42:16 43:9,14 46:4,8,15, 17 47:20 49:1,3,18,25 50:12,23 51:14,17,19 52:13,15,22,25 53:12, 20 56:22,24 57:1,18,19,21,23 58:22 59:7 61:2,4,6,8,12,17 63:16, 20 64:17,18,19,23 65:9,25 69:7,14,

16,18,23,24 71:16,20,24 73:18 74:1,3,17 75:4,6 76:13 78:22

**FMS's** 39:5

**fold** 14:21

**Forge** 24:19

**forgot** 68:13

**form** 30:21 66:7 70:6

**formed** 13:7

**formula** 50:10

**forward** 35:9 43:21

**forwarded** 19:25

**frame** 10:20 23:5,8 40:25 47:7 74:7

**Fromita** 64:5

**frustrate** 36:24

**frustrating** 36:25

**fulfill** 17:11

**function** 51:11

**functions** 50:17 52:19 54:2,11 69:9,13 71:16 76:14,17,22

## G

**garner** 5:1

**Gary** 30:16

**Garza** 7:12,13,14

**gathered** 56:21

**gave** 12:8 28:4 29:12 80:2

**general** 8:11,12 10:6

**generally** 5:9 8:17 72:12

**gentleman** 12:11,12

**genuinely** 13:16 49:12

**give** 6:22 24:1 29:13,17,25 36:12 71:1

**giving** 16:9

**glean** 33:16

**good** 29:21 54:4 59:2 75:12

**government** 29:7,19 37:13 43:15 44:5 72:2

**governmental** 32:12 33:17 77:3

**granted** 17:21 20:4

**grounds** 60:22

**group** 10:18 26:13 61:16 69:7

**guarantee** 67:13

**guess** 4:24 8:23 13:23 15:2 20:7 25:19 31:18 33:22 36:2,4,20,22 43:13,15 51:15,16 53:21 57:17,25 68:20 69:8,24 73:5 76:24,25

**guessing** 36:12

**guy** 14:14 15:17,18 18:24 59:13

**guys** 72:23 80:2

## H

**handed** 27:19 28:1

**handing** 29:24 30:1

**handle** 27:8 35:6 52:23 75:7 76:13

**handled** 69:14 73:13,16 74:1 75:3, 9 76:19,22 77:21

**handling** 27:18 49:3,4,9 71:16 74:1

**happen** 19:14 70:2 71:10

**hard** 53:1 59:3

**Hartford** 24:18

**head** 48:3 58:23

**headed** 10:4

**heard** 7:17 25:2 34:15 38:17 42:18 55:24 59:10,18 61:14 73:24

**hearing** 36:16

**hire** 35:5

**Hispanic** 15:20

**hit** 60:20

**hold** 41:22 66:18

**holders** 71:14

**Holdings** 59:20

**honest** 29:2

**horses** 70:16

**hours** 48:18

## I

**idea** 39:24 40:16 48:12 50:8

**identified** 77:1 79:12,13

**identify** 11:19

**identifying** 25:20

**imagine** 5:7 8:22 28:21 42:16 46:5 49:2 58:12 69:25

**implied** 21:11

**included** 76:10

**Including** 32:24 33:1

**incorporate** 45:4

**incorporated** 9:7,11

**incorporator** 9:12,15

**independent** 46:11 70:5

**indicating** 73:21

**individual** 65:24

**individuals** 67:20 70:4

**inform** 77:25

**information** 19:25 33:16 35:9 38:8,13 50:21 74:14,23 79:1

**informed** 66:24

**Initially** 14:19 66:20

**insurance** 24:7,18,19 25:2,4 27:19,24 28:21 32:24 34:2,6,19 35:17,23,25 38:25 39:5,17 48:4,6 49:4,9,20 51:22 52:9,10 72:18 75:1,7 76:9

**insured** 38:20 39:9,11,16 77:4

**interactions** 63:6

**interest** 18:2,8,16,20,21 19:1 20:22 21:5 45:7,8 66:18,21

**interview** 11:9,10 12:8 13:20 16:25

**interviewed** 13:20,22 18:23

**invoice** 33:10

**involved** 21:10 41:2,5 43:9 50:21 69:3 71:22 73:6,15 74:21 77:16,20 78:7,12,17 79:21,24

**involvement** 62:22,24 63:10 65:15 66:4 74:25

**involving** 71:12,21

**issued** 36:7

**issues** 75:7 77:5

**item** 50:18

## J

**J-A-M-C-O** 65:4

**Jamco** 42:22 43:1,2,14 44:11,12 53:17 62:7 65:4,5,6,25

**Jenkins** 64:20

**job** 16:25 17:2,4,6,25 18:1 33:14 34:6 39:5 46:19,23 48:8,19 51:25 52:7 75:12 77:11,23

**jobs** 29:13 30:4 33:19 34:2 36:18 54:8 77:1,2

**Joe** 43:1,4,5,6,8 44:13 65:3

**Joeris** 30:16

**join** 75:19

**joint** 12:12,15,17 42:19,23,25 43:12,13,16,20,25 44:18,21 60:1,4,5 65:6 79:21,24

**jointly** 12:24

**Joseph** 43:1

**judgment** 4:14 5:22 36:14

**judicially** 36:13

**June** 41:14 57:12,14 72:24

## K

**keeping** 14:24

**kicked** 57:16

**kid** 68:18

**kidding** 36:23

**kind** 17:16 28:4 43:10 72:4,11 74:16

**kinds** 25:20 35:7 49:21

**knew** 11:7 37:14 78:8,13

**knowing** 4:15

**knowledge** 5:18 9:5 15:11 28:25 40:5 46:4 66:16 70:13 76:11

## L

**labor** 47:13,16,18,20 48:17 49:5,6, 19 50:15

**laborers** 46:23

**lack** 8:23 15:2 57:17 64:22 76:24

**lady** 64:7

**late** 10:8,11 11:24 15:6,12,14

**Laurel** 56:2,11,12 58:18,21,22 59:8

**lawsuit** 4:9,19 5:6 6:7,12 41:19 42:9

**lawyer** 4:12 6:7 45:10

**lay** 52:15

**lay-person's** 44:4

**leadership** 10:7,14,21,23 21:10

**left** 12:22 26:17 69:3

**letter** 71:6

**letters** 24:16 72:18

**level** 33:12 35:4 37:3 77:23

**lid** 73:2

**lifted** 73:2

**list** 15:24 62:6

**listed** 45:3 55:16

**listing** 28:4

**litigation** 41:2,5,13 72:21

**live** 6:20,21 13:10,13 40:15,16,17, 18

**lived** 7:3

**lives** 7:5

**LLC** 5:12,15,18 7:18 8:9 9:7 11:14 18:17 22:21 38:16 44:24,25 45:1 59:18

**LLC's** 19:17

**LLC/BLACKHAWK** 22:17

**located** 56:7 63:19

**location** 66:3

**long** 7:3 21:25 24:8 54:6 65:12 74:20 77:25 78:7

longer 13:9 55:2

losing 28:17

lot 54:10 65:11

lumber 60:23

**M**

M-A-P-C-O 11:7

M-U-N-I-Z 44:15

M2m 59:10,18

made 5:21 25:7 38:22 67:20 72:13 73:5,20 74:19 75:21 76:21 80:13

maiden 7:11

mailing 56:20

majority 18:7,14,18,20 21:5

make 11:18 16:18 17:10 24:22 34:11,15,18 35:15 68:15,16 77:10

makes 15:23 16:12

making 25:11 30:1 36:23 52:4 74:22

man 15:15 44:12 54:8

managed 23:1,3,4 42:16 61:4

management 10:14,16,18 11:13, 20 12:6,10,13 25:13,21 26:13 27:7 28:8 32:19 39:20 50:2 61:16 65:11 69:3,7,9 71:16 73:16

manager 10:6 11:4 23:7,15,16 26:19 28:10 63:16,17 64:22

manager's 26:10

managers 26:25 35:6

Manrique 7:12,13,14

Manuela 64:25

Manuelita 7:6,9

Mapco 11:7.25 12:2 42:3,6,11,15 53:14,17 57:20,21 58:9 59:20,23 60:3 62:21 63:2,4,6,10 65:25

Maria 62:10,12

materials 77:19,20 78:8

matter 4:14 75:3

matters 71:21

MBH 59:25 60:2,3

meaning 32:6 61:4

means 24:16 70:7

meant 32:2,4

meet 17:7 43:18 74:4,18

meeting 70:17,23 71:7,12,15,18 72:11

meetings 71:22 72:6,7,9

mentioned 27:18

met 17:25 20:5 77:2

Michael 13:25 14:1,8 40:23 41:22, 24 42:3,11 61:20 62:20,21 63:10 64:12,13 66:20 67:21 78:24

mid 74:11,12

mid/late 72:25

military 7:25 15:17 17:17

million 73:22

mind 23:25

minority 29:16,19 30:8 31:20 32:7

minute 19:11 20:13,15 34:16

minutia 33:12,13 34:8,12,16,22 49:21 52:24

mistake 75:21

money 25:25 28:3 32:12 36:17 74:18 80:4

monies 28:25

month 21:14

months 14:20 66:24

Morning 4:5

move 43:21

moved 13:7,8 15:17 18:24 56:7 58:21

moving 35:9

Muniz 43:1,3,5,6,8 44:13,14 65:3

**N**

named 14:14 38:20 39:9,10,16

names 7:14,16 13:1 15:24

narrow 15:25 16:3,7,14

National 24:18

nature 35:6 77:9

Navy 16:19

necessarily 71:14

needed 10:3,4 13:10 34:19 54:7 78:5

negotiate 38:25

negotiated 47:24 48:1

neighbor 57:18

Noel 5:20 6:3 9:9,24 16:5 33:21,24 36:1 43:8,12,16 55:20 59:1 62:1,8 65:10 68:1,6,9 71:3 72:22 73:2 75:13 79:11,18 80:2,6,11

non-service 43:17

non-verbal 59:4

number 5:11,19 50:9 62:5 65:6

numerical 49:15

**O**

objective 52:22

obligated 69:8

obligations 71:8,13 73:23 74:18

obtain 35:22,23

obtained 35:18 39:17

obtaining 39:4 77:20 78:12

occasionally 44:18,20

occasions 28:15,16,18

occurred 67:24 70:17

offend 16:14,18

offended 16:20,22

offer 17:4,5,25 18:1

offering 11:10

office 23:6,15,16 26:18 28:10 35:6 39:24 54:11 56:22 57:24

officed 58:8,10

officer 14:5,22 15:1 26:10

offshoot 60:19

**open** 75:14,17

**operate** 58:17

**operating** 14:5

**operation** 68:4 73:7 76:18

**operations** 64:21

**oranges** 30:7

**order** 34:20 43:14,21

**original** 20:20

**outfit** 49:18

**outstanding** 71:13

**owned** 7:22,24,25 8:1,5,6,9 12:10,
11,13,17,22,24,25 17:12 18:7,13,
14 19:6 20:12 21:17 29:6 30:23
31:3,4,15,20,21,24 32:8 63:2 72:3

**owner** 9:18 12:2 21:18,21,23 22:13
23:20,21 24:5 25:16 26:4,6,20
41:24 42:1 49:17 50:7 53:18 54:23
62:21 65:4 66:25 69:20 70:8,18,21
72:2

**owners** 13:3

**ownership** 10:2 11:21 12:12,17
13:4,15 18:18,21 19:1 20:7,9,14,21
21:5,8,12 45:8 67:2

**owns** 40:4 42:3

**P**

**p.m.** 80:12

**Padron** 41:23,24 42:3,11 58:6,8
61:19,20 62:12,20,21 63:7,8,10
65:16 66:20 67:21 68:25 72:8

**Padron's** 59:21 62:22

**paid** 4:24 25:23 26:1,2,7,9,10,12,
18 28:2 32:12,13,18 33:2,9,10
37:21 46:17 49:3,4,8 50:10,23
52:4,5 69:10,16,23 70:1 76:21

**paperwork** 4:11

**parcel** 66:1

**pardon** 41:4 54:2

**part** 61:8,11 66:1

**partial** 21:11

**party** 42:12 80:13

**Pass** 80:10

**passed** 20:8,9,14

**pay** 25:23 28:11,14,24 32:19 33:10
49:13 52:9,10 73:22 76:8

**paying** 27:10,15,24 28:13 33:8

**payroll** 48:17 69:25

**pending** 72:20

**people** 12:13,22 13:1 21:9 22:25
23:2 24:15 26:16,17 27:10,15
30:12 31:2,6 33:18 35:5,7,12 54:8
58:12 65:13,23 66:17 70:25 71:19
72:6 73:16 76:16 78:23,25 79:2

**people's** 44:6

**percentage** 20:4 29:18

**percentages** 67:1

**perform** 77:9

**performance** 34:4 37:10,15,18
43:19 47:24 48:7,13,21 49:9 51:22
52:10 72:19

**performed** 76:16,20

**period** 41:17 47:7 48:18 56:9 57:7
72:15,25

**person** 10:24 12:17 13:8,10,12,21,
25 21:19 67:3

**person's** 13:16,24

**personal** 67:12

**personally** 25:5 48:25

**personnel** 26:15,16

**perspective** 18:18

**phone** 68:14

**physical** 13:6 17:18 19:12,21,24

**pick** 60:19 68:13

**picture** 23:25

**place** 30:3 34:20 71:22

**plaintiff** 4:8

**plant** 60:18

**play** 62:14

**plumbing** 60:12

**PO** 56:18,23,25 58:18

**pocket** 75:25

**point** 17:24 21:2,8,20 23:7 26:18
27:6 53:25 66:22 70:19

**points** 20:4 78:1

**policies** 34:6 36:18,21 37:5 76:9

**policy** 24:7 25:1,2,12 34:2 38:20
55:9,10 75:1

**portion** 20:24

**position** 11:9,11 63:14

**post** 5:22 56:22

**power** 68:19

**preference** 30:10,11

**premium** 34:19

**premiums** 4:23 76:9

**prepare** 28:11

**presence** 71:7

**presented** 4:12 28:4 33:10 77:4

**president** 9:18 23:20,21 24:5

**pretty** 73:25

**pricing** 38:1

**principles** 71:8

**printer** 68:13

**priority** 29:5,7,11,14,17 32:4,5

**problem** 75:13

**proceedings** 80:12

**process** 48:24

**procuring** 76:25

**program** 67:9

**project** 11:4,6

**projects** 76:5

**Promasters** 60:7,25

**promise** 24:1

**pronounced** 69:1

**properly** 77:11

**Properties** 22:21 38:16

**provide** 35:8 47:16,20

**provided** 26:15 34:9 35:12 38:7,13
46:18,22 49:5 69:8

**providing** 54:1 78:14

**purchase** 18:2 25:11

**purchases** 25:7

**purposes** 69:25

**pursuant** 80:13

**pursuing** 54:7

**put** 17:5

**Q**

**qualification** 18:6 19:1

**qualifications** 17:11 18:1 43:18

**qualified** 67:4

**question** 5:2,10 6:9,14 10:22
   11.16 12.4 13.18 18.15,17,25
   20:20,23,25 21:6 31:10 32:10,24
   36:15 39:15 53:2 66:19 69:11

**questioning** 20:16

**questions** 8:18 78:22 80:11

**quick** 59:15 66:9

**R**

**R-I-D-O-U-T** 45:17

**raised** 16:21

**ran** 44:12

**ranch** 16:21

**Raymond** 64:20

**read** 20:19,24

**Realistically** 53:21

**reason** 4:17 52:24 53:24 67:5 69:5

**recall** 28:19 46:18 52:17 70:12
   72:5,17

**receive** 21:5 74:14

**received** 20:21 36:17 70:10

**receiving** 20:22 21:2 71:6

**receptionist** 23:6,11 26:19

**recess** 44:10 59:16 62:2 80:9

**recollection** 15:15 16:2,8 24:12
   44:20,23 71:25

**record** 27:12 59:2,14 80:7

**reestablished** 17:23

**refer** 24:23

**referring** 41:12 74:7

**regard** 54:25 72:4

**regarded** 63:20

**regularly** 63:17

**reinstated** 68:7,22

**related** 8:19,20,21,22 9:21,23
   14:14 17:19 60:13 61:2,6 72:10

**relationship** 9:17 11:13 12:6
   14:16 43:11 65:8

**relayed** 71:25

**rely** 76:13

**remember** 13:2,3,16 15:15 55:20,
   21,22 56:16,23,24 71:5,9,10,18
   72:5

**remembered** 68:14

**rendered** 28:21

**repeat** 11:15

**replace** 75:25

**replaced** 66:11

**represent** 4:6

**representative** 21:13

**representatives** 77:3

**represented** 6:6 72:1

**representing** 71:23

**request** 38:22 39:18 80:13

**requested** 20:24 38:19

**requesting** 39:8,10,16 71:7

**required** 47:13,18 49:24

**requirement** 18:11

**requirements** 43:19

**reserve** 80:11

**reserved** 31:24 32:6

**residential** 8:14

**respond** 10:22

**response** 74:23

**responsibility** 26:21 51:20 77:24

**rest** 65:23

**retained** 66:11

**returns** 80:3

**review** 20:3 35:11 80:13

**Richard** 43:3

**Ridout** 45:15,17 46:1,4

**Road** 6:21,23

**Robert** 4:5 62:6 68:2 72:22

**role** 14:18 62:14,25 64:16,18 73:6
   78:22

**Ruben** 4:1 59:1

**rules** 67:8

**run** 66:9

**running** 76:18

**S**

**salary** 26:7,9,10,11

**San** 40:19 55:11 56:2,18

**satisfied** 18:6,18 19:1.25

**satisfy** 18:16

**SBA** 13:9 17:15 18:7,12 19:2,4,10,
   17 20:22 21:2,15 29:17,24 66:24

**schedules** 39:16

**scope** 31:7

**SDVOB** 42:19,23 43:23

**SDVOSOB** 66:25

**secretary** 68:8

**secretary's** 26:9

**securing** 27:19 29:4 51:22

**seek** 33:14

**segments** 31:23

**selection** 78:17

**separate** 64:1

**separated** 14:24

**series** 17:18 24:16

**serve** 40:9

**service** 7:21,23,24 8:1,3,9 10:5
   15:17 17:12,13,19,22 18:7,12,14,

19 19:5,18 20:12 21:3,17,19 29:6
30:2,22 31:3,13,20,24 32:6,7 43:16
46:18,22 67:3 72:3

**services** 28:20 46:16 54:1,2
59:11,18

**set** 29:18 78:1

**settled** 41:8,9 72:23,24

**settlement** 41:13

**Severt** 58:1

**shakes** 48:3 58:23

**short** 24:9

**short-term** 24:19

**shortage** 73:22

**show** 30:10 75:15,18

**shut** 68:3,15 75:11

**side** 48:3 58:23

**sign** 28:20

**signed** 26:24 27:5

**similarly** 31:16

**sir** 4:5,7 5:16 6:4,8 7:2,8,10,14,19
9:5,16,20 10:10,12,19,25 11:23
12:1,3 13:2,19 14:7,13 15:2,11
16:13,16,19 17:1 18:3,5 19:12
22:11,14,20,24 23:10,17 24:6,11,
13,25 25:7,17 27:4,13,21,25 29:14,
15 31:18 32:1,21 34:17 36:24
37:16,25 38:11,21 39:1,6,22 40:3,8
42:7 44:17 45:20 46:9 47:5,23
48:11,14,25 49:2,7,23 50:3,14,24
51:9,21,23 53:11,13 54:20 55:15
56:1,4,12,14 57:10,15,22 58:10,20
59:9,12,19,22,24 60:6 61:23 62:9
63:5 64:4,15,24 65:7 66:8,16,23
67:15,22 68:11,24 69:17 70:5,12,
15 71:9 72:16 73:19,24 74:2,24
75:2 76:12,15 78:13,19

**sit** 11:9 17:17 19:20

**site** 33:15 38:7,14 72:1,2 76:23
77:2

**sitting** 72:5

**situated** 31:16

**situation** 13:14

**small** 8:7,8,9 18:13 19:6 29:6
31:15,16,21,24 32:8 43:24

**sole** 21:18,20,22 22:13 25:16 26:4,
20 50:7 53:18 66:25 67:2

**Solutions** 10:15,16 12:10,14
61:17

**solve** 31:11

**sought** 46:14 76:25

**sounded** 77:15

**sounds** 62:18

**south** 60:19

**space** 57:16

**speak** 36:10 40:3 46:9 67:10 73:3

**specific** 36:18 37:18,21

**specifically** 74:19 75:10

**specificities** 25:19

**speculate** 38:23 51:2,13

**speculating** 71:17 79:5

**spell** 14:10

**spending** 78:2

**spent** 65:12

**spoke** 10:24 33:17 40:23

**spools** 78:5

**spring** 40:25

**staff** 55:3 56:21 58:12,15,16

**standard** 17:14

**standpoint** 35:1,2

**stands** 43:2

**start** 9:19 40:10,12

**started** 20:15,20

**state** 13:7,8,11 18:24 31:10 68:8

**statements** 80:3

**status** 4:19 5:3,5 11:8 17:22 70:24

**Steven** 14:14,15,19,21 15:4 40:20
64:18 78:24

**Steven's** 14:18

**straight** 49:16

**street** 55:5 56:12 58:18 59:8

**strictly** 56:20

**structure** 9:6

**stuff** 75:9 77:14 78:10 79:1

**subcontractors** 78:11,14

**subject** 46:11

**submit** 30:12 38:2

**submitted** 38:6

**submitting** 31:12

**subpoena** 40:9

**succinct** 21:1

**suggest** 78:21,23,25

**suit** 46:7

**Suite** 55:6,7,11,14,25

**summer** 41:1,18 56:16 57:8

**superintendent** 11:3,5,25 23:7,
12,13 26:10,19 46:19,23 47:3,4,12
54:21 77:24

**superintendent's** 77:24

**sustained** 19:4

**switch** 70:16

**sworn** 4:2

## T

**table** 46:24

**takes** 60:18

**taking** 11:20 46:3

**talk** 78:21

**talked** 40:20 62:5

**talking** 14:16,25 21:4 25:5 27:10
30:7 37:10 48:5 50:11,12 57:9 74:9

**task** 4:25

**tax** 80:2

**Taylor** 63:12,19 64:5,6 65:17,19

**Taylor's** 63:14 64:8

**telling** 20:9 27:14 29:16 36:16 51:7
55:16

**term** 17:10

**terminated** 53:19 68:21

**terms** 4:15,16 25:18 34:13 76:24
77:5,8

**testified** 4:2

**Texas** 6:23 13:13 55:11 56:2,18

**thing** 28:24 29:22 34:9 37:8,12 41:10 43:10 46:24 59:23 60:18 61:8,9 64:7 72:5

**things** 25:20 28:22 31:8 33:5,7 35:6,7,10,20 49:19,20,24 53:15,17 54:17 68:16 73:15 76:21 77:9,10, 19 78:8

**thinking** 41:10

**thought** 24:2 25:16 42:1 66:6 73:21

**thousand** 75:20

**thrown** 68:17

**tie** 43:20

**tied** 25:15,21 36:17,18 37:17,18 46:15

**time** 4:24 10:4,20 11:6 12:4,7 17:14 19:16 21:8 23:5,8 26:17 40:20,23,25 47:7,11 48:18 50:9 52:19 53:1,20 54:13 56:9,17 57:7 64:10 65:12 72:15 74:7 75:21 76:2

**today** 22:2,7,10,12 23:4

**today's** 24:22

**told** 11:21 13:9 18:23 21:16 28:14 38:16 39:5 47:3 49:4 53:8 59:20 68:2 72:22 74:3,15,17

**tough** 30:18

**town** 60:20

**training** 19:6,8

**transcript** 80:13

**transfers** 67:19

**Traveler's** 41:13 42:8

**Travelers** 71:4,6 72:18,24 73:21

**True** 60:16,21,22

**trusted** 35:7

**truthful** 6:18

**turned** 27:15

**type** 34:1 69:13

## U

**Uh-huh** 8:7 15:19 27:9,11 42:14 48:20 50:1 52:1,6 57:6 58:16,25

**umbrella** 43:9 61:9

**understand** 6:1,2,16 8:20 11:18 16:4,23 18:10 19:23 23:18 24:17 25:14 26:3,22 27:1,4,5 29:4 35:14 37:1 40:12,15

**understanding** 4:19,21,22 5:3,24 6:3 11:12 12:5 18:11 28:6,12 34:12 39:12 47:1 55:1

**understood** 54:21,22

**USSBA** 8:2 13:10 17:20,21 20:1,3, 5,6

**utilizing** 44:5

## V

**VA** 21:16

**vacate** 55:2

**Valadez** 4:4,5 5:23 9:12 10:9 16:7 20:19,25 33:25 36:6 41:9,15,19 44:7,11 55:23 59:5,14,17 61:24

**Valley** 24:19

**venture** 42:19,23,25 43:12,13,20, 25 60:5 70:19 79:22

**ventures** 4:10 5:12,15,18 7:18 8:9, 19 9:7 11:13,21 12:7 43:16 44:18, 21 45:1 59:25 60:1,4 63:3 65:6 68:23 69:19 70:11,14 79:24

**veteran** 7:21,24 8:1,5,6,9 10:5 11:8 12:11 17:12,13,14,22 18:8,13, 14,19 19:6,18 20:12 21:3,17,19 29:6 30:3,23 31:3,4,14,15,21,24 32:7 43:17,24 67:3 72:3

**viable** 22:3

**viewpoint** 44:4

**Villarreal** 4:1 6:20 7:6 64:25 66:4

**vis-a-vis** 21:12

**visits** 33:15 38:7,14 72:1,2 76:24 77:2

## W

**W-2** 70:3,6,8,9,11,14

**W-I-E-B-R-A-C-H-T** 14:11

**wages** 70:10

**wanted** 53:20 77:9

**Water** 60:18

**weekly** 63:18

**West** 55:10,14,24 56:2 57:2 63:21, 22,23,25

**whomever** 65:18

**wide** 30:12

**Wiebracht** 13:25 14:2,9,14,15 15:4 40:6,13,21,24 58:2,3 64:12, 13,14,18 66:20 67:21 69:1,2 72:8 78:24

**Wiebracht's** 64:16

**wife** 7:6,7 64:8 65:1 66:5

**window** 68:17

**windows** 75:15,18

**won** 32:11

**word** 26:23 33:20 57:17 64:22

**words** 8:23 12:23 15:2 36:17 76:24

**work** 42:5 45:7 54:6,22 72:9 73:12 76:20 77:8

**worked** 27:16 35:8 53:11 63:8

**working** 11:6,7 22:3 46:4

**workings** 72:4

**world** 30:19 54:15,16

**worry** 16:5

**WPS** 61:16

**wrong** 34:13

## Y

**year** 14:20 15:4,15 21:15,22

**years** 16:20,21 22:1,4,5 68:3

**younger** 14:15