IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, VALLEY FORGE INSURANCE COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,<br><br>*Plaintiffs,*<br><br>vs.<br><br>BLACKHAWK VENTURES, LLC, MICHAEL WIEBRACHT, STEVEN WIEBRACHT, FEDERAL MANAGEMENT SOLUTIONS, WPS GROUP, LLC,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § | SA-20-CV-00768-FB |

## **AMENDED SCHEDULING ORDER**

Before the Court is the Plaintiffs' Motion to Modify Deadlines [#21], unopposed by Defendants, by which the parties ask the Court for an extension of deadlines in the governing scheduling order. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that the Plaintiffs' Motion to Modify Deadlines [#21] is **GRANTED**.

**IT IS FURTHER ORDERED** that the following Amended Scheduling Order is issued to control the remaining course of this case:

1. All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **March 1, 2021**. Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by

1

**March 19, 2021**. All designations of rebuttal experts shall be filed within 14 days of receipt of the report of the opposing expert.

2.  An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, **within 30 days** of receipt of the written report of the expert's proposed testimony, or **within 30 days** of the expert's deposition, if a deposition is taken, whichever is later.

3.  The parties shall complete all discovery on or before **April 2, 2021.**  Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

4.  All dispositive motions as defined in Local Rule CV-7(c) shall be filed no later than **May 7, 2021.**  Dispositive motions and responses to dispositive motions shall be limited to **20 pages** in length.  Replies, if any, shall be limited to **5 pages** in length in accordance with Local Rule CV-7(f).

It is so **ORDERED**.

SIGNED this 12th day of January, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE