IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, VALLEY FORGE INSURANCE COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, | § § § § § § | SA-20-CV-00768-FB |
| *Plaintiffs,* | § § | |
| vs. | § § | |
| BLACKHAWK VENTURES, LLC, MICHAEL WIEBRACHT, STEVEN WIEBRACHT, FEDERAL MANAGEMENT SOLUTIONS, WPS GROUP, LLC, | § § § § § § | |
| *Defendants.* | § | |

## ORDER SETTING STATUS CONFERENCE

Before the Court is the above-styled cause of action, which was referred to the undersigned for all pretrial proceedings on December 22, 2020 [#18]. On April 28, 2021, the Court granted Defendant WPS Group's motion to stay this action in light of criminal proceedings pending against various individuals associated with Defendant Blackhawk Ventures and WPS Group, in order to preserve the individuals' privilege against self-incrimination [#50]. The stay was imposed for 90 days, until July 27, 2021. On July 27, 2021, the parties filed a Joint Advisory to the Court [#52], in which they informed the Court that the criminal proceedings are far from over, but a dispute remains as to whether the stay should be lifted for the purpose of compelling production of certain documents from a third party. The Court will impose a further stay of these proceedings and set this case for a status conference to address these issues.

**IT IS THEREFORE ORDERED** that this case remains **STAYED** until further order of the Court.

1

**IT IS FURTHER ORDERED** that this case is set for a status conference on **August 18, 2021 at 11:30 a.m.**  All parties are **required to appear by Zoom** for the hearing.  The information to join the hearing is as follows:

Join ZoomGov Meeting:  https://txwd-uscourts.zoomgov.com/j/16126729723

Meeting ID: 161 2672 9723

If there are questions regarding the Zoom appearance, the parties should contact Valeria Sandoval, Courtroom Deputy, at txwdml_chambers_sa_judgechestney@txwd.uscourts.gov.

Because earlier hearings in other cases may be in progress at the time attorneys log-in for their scheduled hearing, attorneys may be required to wait in the Zoom "waiting room" until the Courtroom Deputy addresses them.  Parties should review the July 15, 2020 Standing Order Regarding Telephone or Video Teleconference Hearings, which is available upon request from the Courtroom Deputy and on the Court's website.

SIGNED this 30th day of July, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE