IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, VALLEY FORGE INSURANCE COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, | § § § § § § | SA-20-CV-00768-FB |
| *Plaintiffs,* | § § | |
| vs. | § § | |
| BLACKHAWK VENTURES, LLC, MICHAEL WIEBRACHT, FEDERAL MANAGEMENT SOLUTIONS, WPS GROUP, LLC, | § § § § § | |
| *Defendants.* | § | |

## ORDER RETURNING CASE TO DISTRICT COURT

Before the Court is the above-styled cause of action, which was referred to the undersigned for all pretrial proceedings. On this day, the undersigned issued a report and recommendation, recommending this case be dismissed for want of prosecution. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 30th day of April, 2024.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE