UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY, VALLEY FORGE INSURANCE COMPANY, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, | § § § § § § | |
| *Plaintiffs*, | § § | |
| V. | § § | CIVIL ACTION NO. SA-20-CA-00768-FB |
| BLACKHAWK VENTURES, LLC, MICHAEL WIEBRACHT, FEDERAL MANAGEMENT SOLUTIONS, WPS GROUP, LLC, | § § § § § § | |
| *Defendants*. | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This case was administratively closed on April 26, 2023. (Docket no. 72). Now before the Court is the Report and Recommendation of United States Magistrate Judge (docket no. 74) filed in the above-captioned cause on April 30, 2024, recommending that this case be dismissed for want of prosecution. To date, no objections to the Report and Recommendation have been received.[1]

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). The Court has reviewed the Report and Recommendation and finds its

---

[1] Any party who desires to object to a Magistrate's findings and recommendations must serve and file his, her or its written objections within fourteen days after being served with a copy of the findings and recommendation. 28 U.S.C. § 635(b)(1). If service upon a party is made by mailing a copy to the party's last known address, "service is complete upon mailing." FED. R. CIV. P. 5(b)(2)(C). If service is by electronic means, "service is complete upon transmission." *Id*. at (E).

reasoning to be neither clearly erroneous nor contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

IT IS THEREFORE ORDERED that the Order of Administrative Closure is WITHDRAWN and this case is REOPENED for the limited purpose of entering this Order Accepting Report and Recommendation of United States Magistrate Judge and a Judgment.

IT IS THEREFORE ORDERED that the Report and Recommendation of United States Magistrate Judge (docket no. 74) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that the above styled and numbered cause is DISMISSED for want of prosecution.

IT IS FINALLY ORDERED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 22nd day of May, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

.